1  Robert M. Waxman (SBN 89754)
     rwaxman@ecjlaw.com
2  David N. Tarlow (SBN 214050)
     dtarlow@ecjlaw.com
3  Jason L. Haas (SBN 217290)
     jhaas@ecjlaw.com
4  **ERVIN COHEN & JESSUP LLP**
   9401 Wilshire Boulevard, Ninth Floor
5  Beverly Hills, California 90212-2974
   Telephone  (310) 273-6333
6  Facsimile  (310) 859-2325

7  Attorneys for Plaintiff VIZIO, INC., a California corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VIZIO, INC., a California corporation, | Case No. 8:17-1175 |
| Plaintiff, | **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 7.1** |
| v. | |
| LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL HOLDING LTD., a/k/a LE GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; and DOES 1 through 10, | |
| Defendants. | |

14676.8:3279484.1

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP, RULE 7.1

Plaintiff VIZIO, INC., a California corporation ("VIZIO" or "Plaintiff"), submits this Corporate Disclosure Statement Pursuant To Federal Rules Of Civil Procedure, Rule 7.1 ("Disclosure Statement").

There is no corporation that owns 10% or more of VIZIO's stock, nor does VIZIO have a corporate parent.

DATED: July 11, 2017    ERVIN COHEN & JESSUP LLP
    Robert M. Waxman
    David N. Tarlow
    Jason L. Haas

By: /s/ Robert M. Waxman
    Robert M. Waxman
    Attorneys for Plaintiff VIZIO, INC., a California corporation