NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIZIO, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10,<br><br>    Defendants. | CASE NO. 8:17-CV-01175-DOC-JDE<br><br>**ORDER GRANTING JOINT STIPULATION RE: SCHEDULING CONFERENCE AND LeECO V. LTD.'S UNOPPOSED REQUEST TO FILE COUNTERCLAIM SEPARATE FROM ANSWER**<br><br>*[Filed Concurrently with Stipulation and Unopposed Request]*<br><br>JUDGE: Hon. David O. Carter |

The Court, having considered the parties' Joint Stipulation to Continue Scheduling Conference; and LeEco V. Ltd.'s Unopposed Request to File Counterclaim Separate from Answer, hereby orders that:

1. VIZIO may attend the presently set Scheduling Conference with a partner level member of its legal team who is familiar with the case, other than lead counsel.

2. Defendant LeEco V. Ltd. may file its anticipated Counterclaim prior to and separate from its Answer to the claim(s) that remain following the Court's decision on LeEco's pending Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: February 14, 2018

*David O. Carter*

Honorable David O. Carter
United States District Court Judge