1  Jeff K. Joyner (SBN CA 180485)
   joynerj@gtlaw.com
2  Daniel Tyukody (SBN CA 123323)
   tyukodyd@gtlaw.com
3  GREENBERG TRAURIG, LLP
   1840 Century Park East, Suite 1900
4  Los Angeles, California 90067-2121
   Telephone: 310.586.7700
5  Facsimile: 310.586.7800

6  Special Appearance of
   Attorneys for Defendant Yueting Jia
7

8

9              UNITED STATES DISTRICT COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| VIZIO, INC., a California corporation, | CASE NO. 8:17-CV-01175-DOC-JDE |
| Plaintiff, | **DECLARATION OF CHAOYING DENG IN SUPPORT OF YUETING JIA'S AND LELE HOLDING LTD.'S MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT** |
| v. | |
| LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10, | [*Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; and [Proposed] Order*] |
| Defendants. | Date: April 2, 2018<br>Time: 8:30 a.m.<br>Courtroom: 9D |
| LeECO V. LTD. | JUDGE: Hon. David O. Carter |
| Counter-Claimant, | |
| vs. | |
| VIZIO, a California corporation, | |
| Counter-Defendant. | |

I, Chaoying Deng, hereby declare:

1. I make this Declaration in Support of Yueting Jia's Motion to Dismiss the First Amended Complaint for Insufficient Service of Process and Lele Holding Ltd.'s Motion to Dismiss the First Amended Complaint for Insufficient Service of Process and Lack of Personal Jurisdiction. I have personal knowledge of the facts stated herein and, if called as a witness in this case, I could and would competently testify to these facts under oath.

2. I am a vice president at Faraday Future ("FF"). FF is an electric car company that is completely independent from any of the other corporate defendants named in this lawsuit.

3. I work at FF's office located at 18455 S. Figueroa Street, Gardena, California (the "Faraday Office"), where Vizio's process servers tried to effectuate service on LeLe Holding Ltd. ("LeLe") and substitute service on Mr. Yueting Jia by serving me.

4. FF is not authorized to accept service on behalf of Mr. Jia. It is not a designated agent for service of process for Mr. Jia. Mr. Jia does not receive his personal mails at the Faraday Office.

5. FF is not authorized to accept service on behalf of LeLe. It is not a designated agent for service of process, or a general or managing agent, or an officer or general manager for LeLe. LeLe does not have an office or employees at the Faraday Office. LeLe does not receive its mails at the Faraday Office.

6. None of Vizio's process servers ever asked me if I was authorized to accept service on Mr. Jia's behalf. I am not authorized by Mr. Jia to accept service on his behalf. I am not a designated agent for service of process for Mr. Jia either. None of the process servers ever informed me about the content that they were trying to serve on Mr. Jia.

7. None of Vizio's process servers ever asked me if I was authorized to accept service on LeLe's behalf. One of Vizio's process servers asked me if I could leave my FF office and accept service on behalf of LeLe, and I told him that I would not (because I do not have authority to accept service on LeLe's behalf). I am not a designated agent for service of process, general or managing agent, or officer or general manager for LeLe. None of

1 the process servers ever informed me about the content that they were trying to serve LeLe.

8. I reside at 7 Marguerite Drive, Rancho Palos Verdes, California. Mr. Jia does not reside or receive his mails at this address. LeLe does not conduct business or receive mails at this address either.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Gardena, California, on 1st day of March, 2018.

/ Chaoying Deng