Robert M. Waxman (SBN 89754)
rwaxman@ecjlaw.com
David N. Tarlow (SBN 214050)
dtarlow@ecjlaw.com
Jason L. Haas (SBN 217290)
jhaas@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Plaintiff VIZIO, INC., a California corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VIZIO, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10,<br><br>Defendant.<br><br>LeECO V. LTD.,<br><br>Counter-Claimant,<br><br>vs.<br><br>VIZIO, INC., a California corporation,<br><br>Counter-Defendant. | Case No. 8:17-CV-01175-DOC-JDE<br><br>The Hon. David O. Carter<br><br>**PLAINTIFF VIZIO INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2-5 TO THE DECLARATION OF CHRISTINE WESSEL FILED IN CONNECTION WITH PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION AND RELATED PORTIONS OF VIZIO'S OPPOSITION BRIEF**<br><br>**[F.R.C.P. Rule 5.2; Local Rule 79-5.2.2]**<br><br>[*Filed concurrently with Opposition To Motion To Dismiss For Insufficient Service Of Process And Lack Of Personal Jurisdiction; Declarations of Christine Wessel and Jason L. Haas; and [Proposed] Order Granting Leave to File Under Seal*]<br><br>**Date:        April 2, 2018**<br>**Time:        8:30 a.m.**<br>**Courtroom:   9D** |

# MEMORANDUM OF POINT S AND AUTHORITIES

## I. INTRODUCTION

Plaintiff Vizio, Inc. ("Vizio" or "Plaintiff") asks this Court to issue an order placing (1) portions of Plaintiff's Opposition to Motion to Dismiss for Insufficient Service of Process and Lack Of Personal Jurisdiction (the "Opposition") and (2) Exhibits 2-5 of the Wessel Declaration under seal.  All of the exhibits Plaintiff seeks to place under seal reflect confidential information filed by Vizio and Defendant LeEco V Ltd. with the Committee on Foreign Investment in the United States ("CFIUS").  The CFIUS filings are protected as confidential pursuant to 5 U.S.C. § 552(B), 50 U.S.C. § 4565(C), 31 C.F.R. § 800.702, and 32 C.F.R. § 286.  (See Wessel Decl., ¶ 6, Exhs. 2-5.)  The only portions of the Opposition that Vizio seeks to place under seal are those portions that describe the contents of the CFIUS filings, and, therefore, are likewise protected.  Accordingly, Plaintiff requests that this Court permit Plaintiff to file Exhibits 2-5 of the Wessel Declaration and portions of the Opposition that describe the contents of those exhibits under seal.

## II. STATEMENT OF FACTS

Plaintiff concurrently files its Opposition to Defendant Lele Holding, Ltd.'s Motion to Dismiss for Insufficient Service of Process and Lack Of Personal Jurisdiction (the "Opposition").  The Opposition relies on documents filed confidentially by Vizio and LeEco V. Ltd. ("LeEco") with the CFIUS, submitted as Exhibits 2-5.  (Wessel Decl., ¶ 6.)  Exhibits 2 consists of the "Joint Voluntary Notice" regarding the proposed acquisition of Vizio by LeEco while Exhibits 3-5 consist of exhibits filed with the Joint Voluntary Notice.  Each page of these documents displays the following language: "CONFIDENTIAL PURSUANT TO 50 U.S.C. 4565; EXEMPT FROM DISCLOSURE UNDER 5 U.S.C. § 552".  Additionally, the cover page of the Joint Voluntary Notice states, "EXEMPT FROM DISCLOSURE UNDER 5 U.S.C. § 552(B), 50 U.S.C. § 4565(C), 31 C.F.R. § 800.702, 32 C.F.R. § 286."  (*Id.,* Exh. 2.)

### III. LEGAL ARGUMENT

Information or documents filed with the CFIUS are confidential and "generally protected from disclosure to the public," subject to "limited exceptions". *In re Glob. Crossing Ltd.*, 295 B.R. 720, 722, 724-25 (Bankr. S.D.N.Y. 2003). Although some of these "limited exceptions" permit filing confidential information submitted to the CFIUS in judicial or administrative proceedings where relevant, at least one federal court has found that the "clearly articulated intention, on the part of each of the legislative and executive branches of our government, that the CFIUS process remain confidential" justifies protecting documents filed in court proceedings from disclosure. *See id.* at 724–25.

Here, Vizio has no objection to making Exhibits 2, 3, 4, or 5, or the portions of the Opposition referencing the contents of those exhibits, public. However, in an abundance of caution, it seeks the Court's review vis-à-vis the current Application to File Under Seal to determine whether such documents legally can or should be made public. Additionally, Vizio submits this Application in order to permit Defendants Lele Holding, Ltd. and/or LeEco time to take any action they might deem appropriate to maintain the confidentiality of Exhibits 2, 3, 4, or 5.

### IV. CONCLUSION

For each and all of the foregoing reasons, Plaintiff respectfully requests that this Court issue an order placing Exhibits 2-5 to the Wessel Declaration and the portions of the Opposition disclosing information from those exhibits under seal.

DATED: March 12, 2018          ERVIN COHEN & JESSUP LLP
                                              Robert M. Waxman


                                          By: /s/ Robert M. Waxman
                                              Attorneys for Plaintiff VIZIO, INC., a
                                              California corporation

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9401 Wilshire Boulevard, Ninth Floor, Beverly Hills, CA 90212-2974.

On **March 12, 2018**, I served true copies of the following document(s) described as

(1) [REDACTED] PLAINTIFF VIZIO, INC.'S OPPOSITION TO MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION;

(2) DECLARATION OF JASON L. HAAS IN SUPPORT OF PLAINTIFF VIZIO, INC.'S OPPOSITION TO MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION;

(3) PLAINTIFF VIZIO INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2-5 TO THE DECLARATION OF CHRISTINE WESSEL FILED IN CONNECTION WITH PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION AND RELATED PORTIONS OF VIZIO'S OPPOSITION BRIEF [F.R.C.P. Rule 5.2; Local Rule 79-5.2.2];

(4) [REDACTED AS TO EXHIBITS 2-5] DECLARATION OF CHRISTINE WESSEL IN SUPPORT OF PLAINTIFF VIZIO, INC.'S OPPOSITION TO MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION AND VIZIO'S APPLICATION FOR LEAVE TO FILE UNDER SEAL; AND

(5) [PROPOSED] ORDER GRANTING PLAINTIFF VIZIO INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2-5 TO THE DECLARATION OF CHRISTINE WESSEL FILED IN CONNECTION WITH PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Daniel J Tyukody, Jr    tyukodyd@gtlaw.com, coxj@gtlaw.com, joynerj@gtlaw.com, lalitdock@gtlaw.com, phieferd@gtlaw.com, sroura@gtlaw.com

David N Tarlow    dtarlow@ecjlaw.com

13390.10:2843177.1

1. Jason L Haas   jhaas@ecjlaw.com, vwilliams@ecjlaw.com
2. Jeffrey K Joyner   joynerj@gtlaw.com, coxj@gtlaw.com, lalitdock@gtlaw.com
3. Robert M Waxman   rwaxman@ecjlaw.com, cemerson@ecjlaw.com, dtarlow@ecjlaw.com, jdirkx@ecjlaw.com, jshenk@ecjlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **March 12, 2018**, at Beverly Hills, California.

/s/ Joseph Dirkx
Joseph Dirkx

13390.10:2843177.1