1   Robert M. Waxman (SBN 89754)
      rwaxman@ecjlaw.com
2   David N. Tarlow (SBN 214050)
      dtarlow@ecjlaw.com
3   Jason L. Haas (SBN 217290)
      jhaas@ecjlaw.com
4   **ERVIN COHEN & JESSUP LLP**
    9401 Wilshire Boulevard, Ninth Floor
5   Beverly Hills, California 90212-2974
    Telephone  (310) 273-6333
6   Facsimile  (310) 859-2325

7   Attorneys for Plaintiff VIZIO, INC., a California corporation

8                    **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

10

11  VIZIO, INC., a California corporation,        Case No. 8:17-CV-01175-DOC-JDE

12              Plaintiff,                          The Hon. David O. Carter

13         v.                                       **DECLARATION OF JASON L.
                                                    HAAS IN SUPPORT OF
14  LeECO V. LTD., an exempted                      PLAINTIFF VIZIO, INC.'S
    company with limited liability                  OPPOSITION TO MOTION TO
15  incorporated under the laws of the              DISMISS FOR INSUFFICIENT
    Cayman Islands; LeECO GLOBAL                     SERVICE OF PROCESS AND
16  GROUP LTD., a corporation organized             LACK OF PERSONAL
    and existing under the laws of the              JURISDICTION
17  People's Republic of China; LELE
    HOLDING, LTD., a British Virgin                 *[Filed Concurrently with Plaintiff Vizio,
18  Islands Personal Holding Company;               Inc.'s Opposition to Motion to Dismiss
    YUETING JIA, an individual; and                 for Insufficient Service of Process and
19  DOES 1 through 10,                               Lack of Personal Jurisdiction;
                                                    Declaration of Christine Wessel;
20              Defendant.                           Application for Leave to File Under
    _____                Seal; and [Proposed] Order Granting
21                                                  Leave to File Under Seal]*
    LeECO V. LTD.,
22                                                  **Date:         April 2, 2018**
              Counter-Claimant,                     **Time:         8:30 a.m.**
23                                                  **Courtroom:    9D**
         vs.
24
    VIZIO, INC., a California corporation,
25
              Counter-Defendant.
26

27

28

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

## DECLARATION OF JASON L. HAAS

I, Jason L. Haas, declare and say:

1.      I am an attorney duly admitted to practice before this Court.  I am of counsel at Ervin Cohen & Jessup LLP, attorneys of record for Plaintiff/Counter-Defendant VIZIO, Inc. ("VIZIO" or "Plaintiff") this action.  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to the matters stated herein, except as otherwise set forth below, and as to those matters, I believe them to be true.  I make this Declaration in support of Plaintiff's Opposition to Defendant Lele Holding, Ltd.'s Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction (the "Opposition").

2.      I recently searched the California Secretary of State's public records for information regarding Le Technology, Inc. ("Le Tech").  My search revealed two Statements of Information for Le Tech– one filed on December 17, 2015 and the other filed on January 19, 2017.  Both Statements list Chaoying Deng as the Chief Executive Officer for Le Tech.  True and correct copies of the Le Tech Statements of Information are attached hereto as Exhibit "1" and incorporated herein by this reference.

3.      My search of the Secretary of State's public records also revealed a Certificate of Conversion for LeEco Real Estate Group, LLC ("LREG") filed on or about June 10, 2016  (the "LREG Conversion Certificate").  The LREG Conversion Certificate shows Chaoying Deng as the agent for service of process for LREG.  The LREG Conversion Certificate also shows Le Tech to be the sole member of LREG because it is signed by "Shawn Williams, Chief Administrative Office, Le Technology Inc., Sole Member".  A true and correct copy of the LREG Conversion Certificate is attached hereto as Exhibit "2" and incorporated herein by this reference.

4.      I reviewed other publicly available records regarding LREG, including a grant deed that documented LREG's 2016 purchase of land in San Jose, California

from Yahoo! Inc. (the "Yahoo Site Deed") that was publicly reported to include nearly 50 acres of land.  The deed reflects a transfer tax payment of $275,000.  The Yahoo Site Deed was pulled by my office from public records at my direction.  A true and correct copy of the Yahoo Site Deed is attached hereto as Exhibit "3" and incorporated herein by this reference.

5.     Recently, I conducted an Internet search to find news coverage regarding Faraday & Future, Inc. ("Faraday") and its ties with LeEco.  One online publication,Verge.Com, had written a series of articles about LeEco and Faraday, including a 16-page in-depth investigative report titled "Burn Out: Inside Faraday Future's financial house of cards", which was reportedly published on December 12, 2017 (the "Verge Article").  A true and correct copy of the Verge Article is attached hereto as Exhibit "4" and incorporated herein by this reference.

6.     My recent Internet search also uncovered a news release from Faraday published on its website on or about February 13, 2018 and titled "Faraday Future Hosts First Global Supplier Summit" (the "Faraday News Release").  A true and correct copy of the Faraday News Release is attached hereto as Exhibit "5" and incorporated herein by this reference.

7.     On or about March 9, 2018, I pulled the patent for U.S. Design Patent No. D797620 from the website for the United States Patent and Trademark Office ("USPTO").  That patent reports it is assigned to Faraday (the "Faraday Design Patent").  I reviewed the Faraday Design Patent, which includes figures 1 and 3 that display images of a steering wheel that appear to contain LeEco trademarks.  A true and correct copy of the Faraday Design Patent is attached hereto as Exhibit "6" and incorporated herein by this reference.

8.     After verifying the LeEco trademark images were included in the Faraday Design Patent, I instructed my office to pull the trademark status information from the USPTO website for the LeEco trademark. There were several registrations for LeEco that appear to match the image used in the Faraday Design

DECLARATION OF JASON L. HAAS

ERVIN COHEN & JESSUP LLP

1 Patent.  One example is U.S. Trademark No. 86844689 (the "LeEco Trademark

2 Status Report"), which is assigned to "Le Holdings Ltd."  A true and correct copy of

3 the LeEco Trademark Status Report is attached hereto as Exhibit "7" and

4 incorporated herein by this reference.

5         9.     Lastly, my review of public records included a review of documents

6 concerning Faraday.  Faraday initially filed with the California Secretary of State

7 under the name "LeTV ENV Inc." ("LeTV").  The public documents included

8 Articles of Incorporation for LeTV filed on May 8, 2014; a Certificate of

9 Amendment to the Articles of Incorporation of LeTV filed on August 8, 2014,

10 which changed the corporation's name to "Faraday & Future, Inc."; and Statements

11 of Information for Faraday filed on February 1, 2017 and February 15, 2018

12 (collectively, the "Faraday Filings").  True and correct copies of the Faraday Filings

13 are attached hereto as Exhibit "8" and incorporated herein by this reference.

14         I declare under penalty of perjury under the laws of the United States of

15 America that the foregoing is true and correct.

16         Executed March 12, 2018, at Beverly Hills, California.

17

18                     JASON L. HAAS

19

20

21

22

23

24

25

26

27

28

ERVIN COHEN & JESSUP LLP

DECLARATION OF JASON L. HAAS

# EXHIBIT 1

# State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**F980788**

# FILED

In the office of the Secretary of State
of the State of California

**DEC-17 2015**

1. **CORPORATE NAME**

LE TECHNOLOGY, INC.

2. **CALIFORNIA CORPORATE NUMBER**
C3786661

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐   If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to **Item 17**.

**Complete Addresses for the Following**  (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 1100 ISLAND DR., STE. 103, REDWOOD CITY, CA 94065 | | | | |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 1100 ISLAND DR., STE. 103, REDWOOD CITY, CA 94065 | | | | |
| 6.   MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/ | | | | |
| CHAOYING DENG    1100 ISLAND DR., STE. 103, REDWOOD CITY, CA 94065 | | | | |
| 8.   SECRETARY | | | | |
| EVA LONG    1100 ISLAND DR., STE. 103, REDWOOD CITY, CA 94065 | | | | |
| 9.   CHIEF FINANCIAL OFFICER/ | | | | |
| DONGGE JIANG    1100 ISLAND DR., STE. 103, REDWOOD CITY, CA 94065 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.   NAME | | | | |
| DONGGE JIANG    1100 ISLAND DR., STE. 103, REDWOOD CITY, CA 94065 | | | | |
| 11.   NAME | | | | |
| 12.   NAME | | | | |

13.   NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.   NAME OF AGENT FOR SERVICE OF PROCESS
CHAOYING DENG

| 15.   STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1100 ISLAND DR., STE. 103, REDWOOD CITY, CA 94065 | | | |

**Type of Business**

16.   DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
SOFTWARE DEVELOPMENT

17.   BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 12/17/2015 | EVA LONG | LEGAL MANAGER | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

| **State of California** | **S** |
| --- | --- |

# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FJ24198**

# FILED

In the office of the Secretary of State
of the State of California

**JAN-19 2017**

| 1. **CORPORATE NAME** |
| --- |
| LE TECHNOLOGY, INC. |

| 2. **CALIFORNIA CORPORATE NUMBER** |
| --- |
| C3786661 |

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 3553 N. FIRST ST., SAN JOSE, CA 95134 | | | |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 3553 N. FIRST ST., SAN JOSE, CA 95134 | | | |
| 6.   MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 7.   CHIEF EXECUTIVE OFFICER/ | CHAOYING DENG   3553 N. FIRST ST., SAN JOSE, CA 95134 | | | |
| 8.   SECRETARY | EVA LONG   3553 N. FIRST ST., SAN JOSE, CA 95134 | | | |
| 9.   CHIEF FINANCIAL OFFICER/ | DONGGE JIANG   3553 N. FIRST ST., SAN JOSE, CA 95134 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 10. NAME | DONGGE JIANG   3553 N. FIRST ST., SAN JOSE, CA 95134 | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14. NAME OF AGENT FOR SERVICE OF PROCESS |
| --- |
| CHAOYING DENG |

| | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |
| 3553 N. FIRST ST., SAN JOSE, CA 95134 | | | |

**Type of Business**

| 16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
| --- |
| MEDIA & TECHNOLOGY SERVICE |

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/19/2017 | EVA LONG | SECRETARY | |
| --- | --- | --- | --- |
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
| --- | --- | --- |

Haas Dec. Exhibit 1 p.6

# EXHIBIT 2

**201611910339**



# State of California
## Secretary of State

CONV-1A   File #

**Certificate of Conversion**

**FILED**
Secretary of State
State of California

**JUN 10 2016**

This Space For Filing Use Only

**IMPORTANT — Read all instructions before completing this form.**

## Converted Entity Information

1. Name of Converted Entity

   LeEco Real Estate Group LLC

| 2. Form of Entity | 3. Jurisdiction |
|---|---|
| limited liability company | Delaware |

| 4. Mailing Address of Chief Executive Office | City | State | Zip Code |
|---|---|---|---|
| 3553 North First Street | San Jose | CA | 95134 |

| 5. Street Address of Chief Executive Office - *Do not list a P.O. Box* | City | State | Zip Code |
|---|---|---|---|
| 3553 North First Street | San Jose | CA | 95134 |

| 6. Street Address of the California Office, if any - *Do not list a P.O. Box* | City | State | Zip Code |
|---|---|---|---|
| 3553 North First Street | San Jose | CA | 95134 |

7. If the converting entity is a California corporation, limited liability company, limited partnership or general partnership, you must designate an agent for service of process: Item 7a: List the name of an individual or a corporation registered in CA under California Corporations Code section 1505 that agrees to be your agent for service of process. You may not list the converted entity as the agent. Item 7b: If the agent is an individual, list the agent's business or residential street address. Item 7c: If the agent is an individual, list the mailing address of the converted entity's agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.

   a. Name of Agent For Service of Process

   Chaoying Deng

| b. If an individual, Street Address of Agent for Service of Process - *Do not list a P.O. Box* | City | State | Zip Code |
|---|---|---|---|
| 3553 North First Street | San Jose | CA | 95134 |

| c. If an individual, Mailing Address of Agent for Service of Process | City | State | Zip Code |
|---|---|---|---|
| 3553 North First Street | San Jose | CA | 95134 |

## Converting Entity Information

8. Name of Converting Entity

   LeEco Real Estate Group LLC

| 9. Form of Entity | 10. Jurisdiction | 11. CA Secretary of State File Number, if any |
|---|---|---|
| limited liability company | California | **201611910339** |

12. The principal terms of the plan of conversion were approved by a vote of the number of interests or shares of each class that equaled or exceeded the vote required. If a vote was required, the following was required for each class:

| The class and number of outstanding interests entitled to vote. | AND | The percentage vote required of each class. |
|---|---|---|
| 100% membership interests | | more than 50% |

## Additional Information

13. Additional information set forth on the attached pages, if any, is incorporated herein by this reference and made part of this certificate.

14. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge. I declare I am the person who executed this instrument, which execution is my act and deed.

June 9, 2016

Date _____

Signature of Authorized Person

By: SHAWN WILLIAMS, CHIEF ADMINISTRATIVE OFFICER, LE TECHNOLOGY, INC., SOLE MEMBER

Type or Print Name and Title of Authorized Person

Signature of Authorized Person

Type or Print Name and Title of Authorized Person

CONV-1A (REV 01/2016)                    APPROVED BY SECRETARY OF STATE

# EXHIBIT 3

| DOCUMENT: | 23338067 | | Pages: | 5 |
|---|---|---|---|---|

GRANT

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
23338067

| Fees. . . . | 27.00 |
|---|---|
| Taxes. . . | 275000.00 |
| Copies . . | .00 |
| AMT PAID | 75027.00 |

REGINA ALCOMENDRAS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
First American Title Co SJ SIM

RDE # 025
6/16/2016
02:26 PM

**RECORDING REQUESTED BY**
First American Title
WHEN RECORDED MAIL TO
AND MAIL TAX STATEMENTS TO

NAME LeEco Real Estate Group LLC

ADDRESS 1100 Island Dr Suite 103

CITY    Redwood City CA 94065
STATE & ZIP

---

# GRANT DEED

TITLE ORDER NO.                              ESCROW NO.

THE UNDERSIGNED GRANTOR(s) DECLARE(s)
       DOCUMENTARY    TRANSFER    TAX    is    $    275,000.00          CITY    TAX
$   N/A
     ☒ Computed on full value of property conveyed, or
     ☐ Computed on full value less value of liens or encumbrances remaining at time of sale,
     ☐ Unincorporated area:
     ☒ City of   Santa Clara                                          , and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, Yahoo! Inc., a
Delaware corporation

hereby GRANT(s) to LeEco Real Estate Group LLC, a Delaware limited liability company

the following described real property in the City of Santa Clara, County of Santa Clara, State of California
and described in Exhibit "A" attached hereto and incorporated herein by this reference and all buildings and
improvements situated thereon and all appurtenances with respect thereto, subject to:

1.      Non-delinquent ad valorem real property taxes and assessments;

2.      All other covenants, conditions, and restrictions, reservations, rights, rights of way, easements,
encumbrances, liens, and title matters of record or visible from an inspection of the property or which an
accurate survey of the property would disclose.

Dated:    June 16, 2016          , 2016

                                             Yahoo! Inc.,
                                             a Delaware corporation

                                             By:
                                             Title: V.P. Real Estate

                                             John Paul Bruno

Mail Tax Statements to:

US_ACTIVE-127133905.2

Haas Dec. Exhibit 3 p.10

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )
County of _San Francisco_   )

On _June 10, 2016_, before me, _Reneé M. Pelusi_,
(insert name of notary)

Notary Public, personally appeared _John Paul Bruno_,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same
in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

       I certify under PENALTY OF PERJURY under the laws of the State of California that
the foregoing paragraph is true and correct.

       WITNESS my hand and official seal.

Signature _Reneé M. Pelusi_              (Seal)

RENEE M. PELUSI
Commission # 2077499
Notary Public - California
San Francisco County
My Comm. Expires Aug 9, 2018

Haas Dec. Exhibit 3 p.11

Exhibit A
To Grant Deed

Real property in the City of Santa Clara, County of Santa Clara, State of California, described as follows:

TRACT ONE:

ALL OF PARCELS 7 AND 8, AS SHOWN UPON THAT CERTAIN MAP ENTITLED, "PARCEL MAP BEING A SUBDIVISION OF ALL OF PARCEL 3, BOOK 368 PM 31, 32, 33 AND A PORTION OF THE LANDS FORMERLY OF FESPAR ENTERPRISES, INC., DESCRIBED IN PARCEL ONE OF 0426 OFFICIAL RECORDS 659", WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, ON MARCH 16, 1976 IN BOOK 368 OF MAPS, PAGES 36 AND 37.

APN: 104-04-064 and 104-04-065

TRACT TWO:

ALL OF PARCELS 35, 36 AND 37, AS SHOWN ON THAT CERTAIN MAP ENTITLED, "PARCEL MAP BEING A RESUBDIVISION OF PARCEL 6 AS SHOWN ON PARCEL MAP 3399 RECORDED IN BOOK 368 OF MAPS, PAGES 36 AND 37 AND ALSO BEING A RESUBDIVISION OF PARCELS 26, 30 AND 31 AS SHOWN ON PARCEL MAP RECORDED IN BOOK 386 OF MAPS, PAGES 4 AND 5, SANTA CLARA COUNTY RECORDS", WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA ON JANUARY 25, 1977 IN BOOK 387 OF MAPS, PAGE 44.

APN: 104-04-111, 104-04-112 and 104-04-113

TRACT THREE:

PARCEL 2, AS SHOWN ON PARCEL MAP FILED AUGUST 7, 1978 IN BOOK 424 OF MAPS, PAGE(S) 24, SANTA CLARA COUNTY RECORDS.

EXCEPTING THEREFROM THAT PORTION GRANTED IN THE DEED TO THE CITY OF SANTA CLARA, A CALIFORNIA MUNICIPAL CORPORATION, RECORDED SEPTEMBER 9, 1987 IN BOOK K287 PAGE 1136, OFFICIAL RECORDS, AS FOLLOWS:

BEGINNING AT THAT CERTAIN POINT OF INTERSECTION OF THE SOUTHERLY LINE OF TASMAN DRIVE (55.00 FEET HALF STREET) WITH THE COMMON LINE BETWEEN PARCEL 2 AND PARCEL 3, AS SAID SOUTHERLY LINE OF TASMAN DRIVE AND SAID COMMON LINE ARE SHOWN UPON SAID PARCEL MAP; THENCE WESTERLY ALONG SAID SOUTHERLY LINE OF TASMAN DRIVE NORTH 89° 28' 06" WEST 42.75 FEET; THENCE LEAVING SAID SOUTHERLY LINE OF TASMAN DRIVE AND PROCEEDING SOUTH 86° 28' 04" EAST 42.81 FEET TO A POINT ON SAID COMMON LINE BETWEEN PARCELS 2 AND 3; THENCE NORTHERLY ALONG SAID COMMON LINE NORTH 00° 31' 54" EAST 2.24 FEET TO THE POINT OF BEGINNING.

APN: 104-04-142

TRACT FOUR:

ALL OF PARCEL 3, AS SHOWN UPON THAT CERTAIN MAP ENTITLED, "PARCEL MAP BEING

ALL OF PARCELS 41 AND 42, AS SHOWN ON THAT CERTAIN "PARCEL MAP" RECORDED IN
BOOK 405 OF MAPS, PAGE 3, SANTA CLARA COUNTY RECORDS", WHICH MAP WAS FILED
FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA,
STATE OF CALIFORNIA ON AUGUST 7, 1978 IN BOOK 424, OF MAPS, PAGE 24.

EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE CITY OF SANTA CLARA, A
MUNICIPAL CORPORATION BY GRANT DEED RECORDED SEPTEMBER 9, 1987 IN BOOK
K287, PAGE 1123, OFFICIAL RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT THAT CERTAIN POINT OF INTERSECTION OF THE SOUTHERLY LINE OF
TASMAN DRIVE (55.00 FEET HALF STREET) WITH THE EASTERLY LINE OF SAID PARCEL
3, AS SAID DRIVE AND PARCEL ARE SHOWN UPON THE MAP ABOVE REFERRED TO, SAID
EASTERLY LINE OF PARCEL 3 ALSO BEING THE WESTERLY LINE OF PARCEL 40, AS SAID
LINE AND PARCEL 40 ARE SHOWN UPON THAT CERTAIN PARCEL MAP FILED IN BOOK
405 OF MAPS, PAGE 3, RECORDS OF SANTA CLARA COUNTY, CALIFORNIA; THENCE
PROCEEDING WESTERLY ALONG SAID SOUTHERLY LINE OF TASMAN DRIVE NORTH 89°
28' 06" WEST 200.00 FEET TO THE COMMON LINE BETWEEN SAID PARCEL 3 AND PARCEL
2, AS SAID PARCELS ARE SHOWN UPON THE FIRST PARCEL MAP ABOVE REFERRED TO;
THENCE PROCEEDING SOUTHERLY ALONG SAID COMMON LINE, SOUTH 00° 31' 54"
WEST 2.24 FEET; THENCE SOUTH 86° 28' 04" EAST 200.27 FEET TO SAID COMMON LINE
BETWEEN PARCEL 3 AND PARCEL 40; THENCE NORTHERLY ALONG SAID COMMON LINE
NORTH 00° 31' 54" EAST 12.72 FEET TO THE POINT OF BEGINNING.

APN: 104-04-143

TRACT FIVE:

ALL OF PARCEL 1, AS SHOWN UPON THAT CERTAIN MAP ENTITLED, "PARCEL MAP BEING
ALL OF PARCEL 41 AND 42, AS SHOWN ON THAT CERTAIN PARCEL MAP, RECORDED IN
BOOK 405 OF MAPS, PAGE 3 SANTA CLARA COUNTY RECORDS", WHICH MAP WAS FILED
FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA,
STATE OF CALIFORNIA ON AUGUST 7, 1978 IN BOOK 424 OF MAPS, PAGE 24.

EXCEPTING THEREFROM THAT PORTION DESCRIBED IN THE DEED TO THE SANTA CLARA
COUNTY TRANSIT DISTRICT RECORDED MAY 15, 1998 AS INSTRUMENT NO. 14185766,
AS FOLLOWS:

ALL OF THAT CERTAIN PROPERTY SITUATED IN THE CITY OF SANTA CLARA, COUNTY OF
SANTA CLARA, STATE OF CALIFORNIA, AND BEING A PORTION OF PARCEL 1, AS SAID
PARCEL 1 IS SHOWN ON THAT CERTAIN PARCEL MAP FILED IN BOOK 424 OF MAPS,
PAGE 24, RECORDS OF SANTA CLARA COUNTY, CALIFORNIA AND MORE PARTICULARLY
DESCRIBED AS FOLLOWS:

BEGINNING AT THE POINT OF INTERSECTION OF THE CENTERLINES OF TASMAN DRIVE
AND PATRICK HENRY DRIVE AS SAID DRIVES ARE SHOWN ON SAID PARCEL MAP,
THENCE EASTERLY ALONG THE CENTERLINE OF SAID TASMAN DRIVE SOUTH 82° 00' 43"
EAST 159.80 FEET TO A CURVE; THENCE CONTINUING EASTERLY ALONG SAID
CENTERLINE OF TASMAN DRIVE ALONG SAID CURVE CONCAVE NORTHERLY WITH A
RADIUS OF 2864.84 FEET THROUGH A CENTRAL ANGLE OF 1° 31' 41" AND AN ARC
LENGTH OF 76.41 FEET; THENCE SOUTH 6° 27' 35" WEST 55.00 FEET TO THE
SOUTHERLY LINE OF TASMAN DRIVE AND TO THE TRUE POINT OF BEGINNING OF THIS
DESCRIPTION; THENCE NORTH 88° 21' 09" WEST 32.18 FEET; THENCE SOUTH 7° 09' 18"
WEST 3.43 FEET; THENCE FROM A TANGENT BEARING OF NORTH 82° 56' 21" WEST

ALONG A CURVE CONCAVE NORTHERLY WITH A RADIUS OF 3049.34 FEET THROUGH A CENTRAL ANGLE OF 0° 56' 35" AND AN ARC LENGTH OF 50.19 FEET; THENCE NORTH 7° 54' 36" EAST 3.00 FEET; THENCE WESTERLY ALONG A LINE PARALLEL WITH THE SOUTHERLY LINE OF TASMAN DRIVE NORTH 82° 00' 43" WEST 65.02 FEET TO A CURVE; THENCE LEAVING SAID PARALLEL LINE AND PROCEEDING SOUTHWESTERLY ALONG SAID CURVE CONCAVE SOUTHEASTERLY WITH A RADIUS OF 50.00 FEET THROUGH A CENTRAL ANGLE OF 63° 26' 29" AND AN ARC LENGTH OF 55.36 FEET; THENCE NORTH 51° 02' 20" WEST 1.32 FEET TO THE EASTERLY LINE OF PATRICK HENRY DRIVE; THENCE NORTHEASTERLY ALONG SAID EASTERLY LINE FROM A TANGENT BEARING OF NORTH 31° 10' 39" EAST ALONG A CURVE CONCAVE SOUTHEASTERLY WITH A RADIUS OF 50.00 FEET THROUGH A CENTRAL ANGLE OF 66° 48' 38" AND AN ARC LENGTH OF 58.30 FEET TO THE SOUTHERLY LINE OF TASMAN DRIVE; THENCE CONTINUING EASTERLY ALONG SAID SOUTHERLY LINE SOUTH 82° 00' 43" EAST 69.18 FEET TO A CURVE; THENCE CONTINUING ALONG SAID SOUTHERLY LINE OF TASMAN DRIVE FROM A TANGENT BEARING OF SOUTH 82° 00' 44" EAST ALONG A CURVE CONCAVE NORTHERLY WITH A RADIUS OF 2919.84 FEET THROUGH A CENTRAL ANGLE OF 1° 31' 41" AND AN ARC LENGTH OF 77.87 FEET TO THE TRUE POINT OF BEGINNING.

APN: 104-04-150

TRACT SIX:

ALL OF PARCEL 40, AS SAID PARCEL IS SHOWN UPON THAT CERTAIN MAP ENTITLED, "PARCEL MAP, BEING A RESUBDIVISION OF PARCELS 22 AND 23 ON PARCEL MAP RECORDED IN BOOK 386 OF MAPS, PAGES 4 AND 5...", WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA ON SEPTEMBER 29, 1977 IN BOOK 405 OF MAPS, PAGE 3.

EXCEPTING THEREFROM THAT PORTION THEREOF CONVEYED TO THE CITY OF SANTA CLARA, A MUNICIPAL CORPORATION BY THAT CERTAIN GRANT DEED RECORDED JANUARY 26, 1988 IN BOOK K428, PAGE 465, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM THAT PORTION THEREOF CONVEYED TO THE SANTA CLARA COUNTY TRANSIT DISTRICT BY THAT CERTAIN GRANT DEED RECORDED MAY 08, 1998 AS INSTRUMENT NO. 14176548, OFFICIAL RECORDS.

APN: 104-04-151

TRACT SEVEN:

ALL THAT PORTION OF DEMOCRACY WAY LYING WESTERLY OF THE WESTERLY LINE OF OLD IRONSIDES DRIVE AND EASTERLY OF THE EASTERLY LINE OF PATRICK HENRY DRIVE, AS SHOWN ON THAT CERTAIN PARCEL MAP FILED MARCH 12, 1976 IN BOOK 368 OF MAPS, PAGES 36 AND 37, SANTA CLARA COUNTY RECORDS.

APN: NA

TRACT EIGHT:

REAL PROPERTY RIGHTS RESERVED IN THAT CERTAIN DEED RECORDED NOVEMBER 3, 1950 IN BOOK 2089, PAGE 315, OFFICIAL RECORDS.

# EXHIBIT 4

TRANSPORTATION

# BURN OUT

### Inside Faraday Future's financial house of cards

By Sean O'Kane   @sokane1    Dec 12, 2017, 9:05am EST

*Illustrations by James Bareham*

Photo of Jia Yueting: VCG / Getty Images

W hen Faraday Future emerged from stealth mode in 2015, it promised to transform the car industry with an American-made luxury electric vehicle that would someday be fully autonomous, maybe even sold through a subscription service. As we learned at CES 2017, the company was taking aim at Tesla with a car — the FF91 — that was designed to dazzle, with a 0–60 time of 2.4 seconds as jaw-dropping as the proposed $180,000 price tag.

Since then, though, Faraday Future has been more focused on survival than speed. *The Verge* has learned from multiple sources about the nature of the company's financial plight. While Faraday Future posed as the newest California electric car startup that attracted top auto industry talent, 10 former employees and one person close to the company say the behavior and business practices of its chief investor have brought business to a halt. The former employees, most of whom left Faraday Future at different

points within the last 15 months, requested anonymity due to nondisclosure agreements with the company. The other requested anonymity out of fear of litigation.

Their accounts support and build on previous reports, and paint a more comprehensive picture of unusual financial management by the two people most directly in charge of the company's finances: Jia Yueting, the main investor and shareholder, and Chaoying Deng, who has held many different titles at the company, but lists herself as the company's vice president of administration on LinkedIn.



Got a tip for us? Use SecureDrop or Signal to securely send messages and files to *The Verge* without revealing your identity.

Where the company stands financially is unclear. Four high-level former employees with knowledge of the company's finances told *The Verge* as recently as early December that, barring a new cash infusion, Faraday Future only has enough funds to keep its payroll afloat through the end of the year. But Yueting, who is known as YT, is still meeting with potential investors to keep the company alive, and may have secured a new round of funding, according to one of these people.

Either way, according to multiple sources, many remaining employees are planning their exits, or have left. Others are simply no longer showing up for work; when YT arrived at the company's Gardena, California, headquarters on the morning of Monday, November 20th to meet a group of potential investors, he found so few employees on site that an

email, which was obtained by *The Verge*, was sent to staff by Faraday Future's head of go-to market strategy that reinforced the company's work hours.

The majority of these sources say YT inflated financial promises to the company, and they believe his ambitions overmatched the company's waning cash flow. Their accounts suggest he insisted on keeping money, intellectual property, and employees fluid between Faraday Future and the electric car effort of LeEco, a tech conglomerate he founded in China. And many sources say that he left Deng, who had little experience running the accounting of a company this large, in charge of the money.

Reached for comment on the issues brought up in this report, a spokesperson for the company issued a singular response: "As a private company, Faraday Future will not discuss its finances, nor will we discuss the finances of our investors."

Representatives for Faraday Future admit that YT is the main financial backer of the company, but have maintained that the company was independent from his Chinese conglomerate LeEco, which is currently mired in controversy. YT himself once said on Twitter that he is "just an investor and strategic partner of FF."

His involvement runs deeper than that of a typical investor, according to these former employees. And his influence started at the company's inception, when he came together with Lotus and Tesla executives Tony Nie and Nick Sampson in 2014 to help start Faraday Future, these people say. The company was incorporated in the spring as "LeTV ENV Inc.," according to documents filed with the California secretary of state, and later that summer, the name was changed to Faraday&Future Inc.

That same year, Los Angeles County property records show, a company called Ocean View Drive, Inc. bought a six-bedroom, eight-bath mansion in the tony Los Angeles County neighborhood of Rancho Palos Verdes for $7 million. One year later, the company bought two additional homes on the same street for just over $7 million each. In documents filed with the California secretary of state in 2016, YT was listed as the CEO of Ocean View Drive, Inc. (News of Ocean View Drive, Inc. and the first mansion were first reported by *Jalopnik* in November.)

Haas Dec. Exhibit 4 p.18

Around early 2015, Faraday Future's founding executives presented YT with a plan for the company that focused on one model made in one small factory, according to former employees with direct knowledge of the company's finances. The original goal, these people recall, was to someday make about 50,000 of these cars a year.

## YT INFLATED EARLY PRODUCTION GOALS, SOURCES SAY

But these people say that YT wasn't pleased with that plan. He pushed for a much bigger factory in Nevada, like Tesla — a company that Faraday Future's executives viewed as a competitor, and one that it had poached talent from — and increased the production target to multiple models and 150,000 units per year. The finance team spent weeks recalculating for this change in scope, these people say, and eventually determined the necessary investment cost would be about $3 billion.

"Once he saw that plan, he was like, 'Well if four models and 150,000 is good, then we ought to be able to go to 5 million cars. What's it going to take to go to 5 million cars?'" recalls one of these former employees. "That's the kind of guy that he was, it was like, 'Okay, but lets even think bigger. I need to be at 5 million cars by the end of 2025. In 10 years.'"

YT's involvement in the decision-making process, plus his penchant for requesting changes to the flagship car's design dragged development, according to some sources. Other former employees recall a day-long meeting dedicated to naming each of these new models.

Ding Lei, an executive who also worked for LeEco on its LeSee brand of electric cars, took the finance team's information to China to present to YT, according to multiple former employees who were working at the company at the time. The physical distance between the company's executives in California and LeEco executives in China increased frustrations throughout the company that YT was trying to "shadow manage" Faraday Future, former employees say. And there was confusion among employees about LeSee, which appeared to outsiders to be a competitor to Faraday Future's car.

Patents filed with the US Patent and Trademark Office show that Faraday Future's intellectual property was shared with LeSee. The ultimate goal, according to multiple employees familiar with Faraday Future's manufacturing plans, was to produce the

Haas Dec. Exhibit 4 p.19

==LeSee car using the same production lines Faraday would use to make its own car, the FF91.== The company missed a planned 2016 CES reveal partly because of YT's constant changes, these people say.

Despite delays the number of employees continued to grow — from around 500 to 600 people at the end of 2015 to nearly 1,500 in the summer of 2016. "Which was ludicrous, they didn't have work for 1,500 people," says one of the former employees with knowledge of the company's finances. "The people who came from Tesla, who you would have thought would've had a startup mentality having gone through the difficult times [there]. They were just like, 'You know, I've got an organization of 200 people approved, so I'm going to go out and hire them, even though I don't have anything for them to do,'" this former employee says.

### THE COMPANY NEVER STOPPED GROWING, EVEN AT THE FIRST SIGNS OF TROUBLE

The scope of the business was ambitious as they pursued plans for a $1 billion factory in the Nevada desert, much like Tesla did with its Gigafactory. Other sites were considered but dismissed by YT and the company's leadership (including the founding executives and YT's team from China), multiple sources say. Factories in Illinois, Georgia, and Louisiana were all visited, according to emails and documents obtained by *The Verge*.

"Mitsubishi was sitting on its [old] plant," a second person with direct knowledge of the company's finances says, referring to the Normal, Illinois, factory that the Japanese car manufacturer closed in 2015. "And the cost of the plant was one dollar. Retooling would have only cost between $100 and $200 million."

The local governments in Shreveport, Louisiana, offered combined incentives worth hundreds of millions of dollars, as was recently reported by *Jalopnik*. But YT's ambitious guidance had emboldened the leadership, sources say.

"They wanted to build a new plant with a glass facade in the middle of the desert because it would become a tourist attraction," this person says, which other sources support. That way, "it's near Vegas, people would drink too much and then they'd stroll in, I guess. Because that's exciting?"



Faraday Future's unchecked growth became a problem when payments to the company from YT and other Chinese investors dried up over the course of 2016. YT was dealing with mounting problems at LeEco in China, and while he was still shaping the scope of Faraday's biggest ambitions, the day-to-day finances were managed by someone else, according to nearly everyone spoken to for this story: Chaoying Deng.

Deng's name turns up just about everywhere you look when it comes to Faraday Future and LeEco. She's labeled secretary of Faraday Future in a 2014 California state document where the company's official name was amended to Faraday&Future Inc. She's the company's CEO in later documents filed in 2015 and 2017. Others name her as the president. On one of her two LinkedIn accounts, she lists herself as the "vice president of administration" of Faraday Future.

Her name also appears on property documents related to the now-abandoned office that LeEco used for its US headquarters in San Jose, California, and as a signatory on a

https://www.theverge.com/transportation/2017/12/12/16651026/faraday-future-investigation-money-debt-finances-yueting    6/17

$140 million mortgage debt on the 50-acre Santa Clara property LeEco bought from Yahoo.

### SOURCES SAY DENG, WHO COMES FROM THE MOVIE INDUSTRY, IS IN CONTROL OF THE COMPANY'S CASH

But Deng has no background in the automotive industry, according to her LinkedIn profiles and the accounts of former employees who have worked with her. She's a former movie producer, who was once an executive producer for *The Flowers of War* starring Christian Bale. She became the director of LeEco's US movie arm in 2014, and YT then installed her at Faraday Future, where she was put in charge of the company's accounting, these people say.

While Faraday Future's representatives have always said that the company has a "strategic partnership" with LeEco, they have maintained that the California carmaker was independent from YT's other businesses.

But what former employees describe is that, financially, Faraday Future was run more like an affiliate of LeEco, with people like Deng wielding power at more than one of these companies. According to one former employee, YT and Deng justified this closeness by saying these companies were "a family." (This person says this was also the explanation given when employees asked why Faraday Future was also responsible for making the LeSee electric car.)

Deng had more control over that money than the company's finance directors, multiple former employees say. "She wouldn't allow [them] access to it," one former employee close to the company's finances says. "Chaoying is the gatekeeper,'" another says. (Deng did not respond to multiple requests to be interviewed for this piece, both through direct attempts to reach her and through the company's communications department.)

The mechanics of exactly how Deng moved money in and out of Faraday Future wasn't completely clear to former employees who spoke to *The Verge*. That includes those who would typically have an understanding of their company's cash flow. But it essentially worked like this: Deng would bring requests for money to YT and a small cohort of top executives across the companies he ran in China, including YT's nephew Jiawei Wang; that money would then be deposited into a bank account only Deng had access to,

Haas Dec. Exhibit 4 p.22

before making its way to Faraday Future, former employees say. The money was then used to pay the company payroll and occasionally pay suppliers, but some of it would go to other LeEco subsidiaries, these people say.

Exactly where the cash came from was also typically unclear, according to these former employees. They believe the cash came from investments made or raised by YT; from the Chinese LeEco subsidiaries, either directly or by way of the LeEco's US arm; or from one of myriad holding companies in China, Hong Kong, and the Cayman Islands. The entity structure was a "confusing mess," another former employee with knowledge of Faraday Future's finances says.

## FARADAY FUTURE WAS TREATED LIKE AN AFFILIATE OF LEECO, AND THE ENTITY STRUCTURE WAS A "CONFUSING MESS," FORMER EMPLOYEES SAY

A constant cash flow was always promised by both YT and Deng, according to a number of former employees. "It was always, 'Don't worry, the money's coming next month, the money's coming next month, keep going, keep going, keep going,'" according to one. But not only did YT's investments stall in mid 2016, the early 2017 promise of a $1 billion convertible note from China was never delivered on, these people say. Instead, the company has only recently been connected to a note of around $400 million, which is in danger of becoming payable debt if Faraday Future doesn't raise Series A funding by the end of 2017, as reported by *Bloomberg*.

In 2017 especially, according to multiple former employees with knowledge of the company's finances, the money that came into the company was often spent immediately, and there was generally "no money in the bank." The only stable deposits in 2017 were used for company payroll, which cost Faraday Future about $12 million a month, these former employees say. But even those payments, they say, sometimes wouldn't be deposited until days before they were due.

"The books and records were in bad shape," one former employee with knowledge of the company's finances says. This person described the company as lacking some of the typical processes put in place, like requiring authorizations for things like cash disbursements, or purchase orders. Another former employee with similar knowledge of the company's finances agreed with the assessment. "[This was] highly unusual from an

internal controls standpoint," the second former employee says. "No one person should be able to do everything with an account."

These accounts were supported by others spoken to for this story, many of whom say it contributed to the company's current financial woes. Multiple former employees say the haphazard approach to structuring the company's finances is why the accounting firm KPMG cut ties with Faraday Future, as reported by *Jalopnik* earlier this year.

It's also what drove some of the Faraday Future's finance directors to leave the company, according to former employees.

One such former director was Syed Rahman, who resigned in June 2016 after spending a year as a controller in the company's financial planning and analysis department. "During my time at Faraday, the company lacked an empowered CEO and COO," Rahman tells *The Verge* in an email. "This, combined with a lack of understanding of Western business practices, fact based decision making, and compliance issues exacerbated the problems. The automotive business is highly capital intensive with low margins and without a lack of effective leadership, success in this arena is not possible."

Efforts that were made to shore up the financial situation were dismissed, former employees say. For example, when Faraday Future signed a deal to pay $500 million to engineering firm AECOM for its Nevada factory, the leadership didn't shop for a second bid, according to documents and emails seen by *The Verge*. When one of the company's finance directors at the time protested the move, which former employees describe as uncharacteristic for a deal this large, he was asked to leave the meeting, according one person who was present.

In 2016, the company was presented with an opportunity to raise investments totaling around $1 billion. But YT, Deng, and Wang refused to provide the finance team with term sheets that spelled out what stakes potential investors would get in return, according a former employee with knowledge of the situation.

*"YOU KNOW, I'VE BEEN IN THE AUTOMOTIVE BUSINESS ALL MY LIFE, AND I JUST FIND IT HARD TO COMPARE IT TO A RAMEN BUSINESS."*

Finding it odd that this information was being withheld, this person says, "At that point it became quite clear to me there was something not Kosher [going on]."

"There's no point of them not being able to share [information about] how much of the company can we give away in a funding round unless you've got something to hide," this person says.

At another point in 2016, plans were presented to Deng to replace the company's expensive catered lunches with a company-run kitchen in order to save money, according to a former employee with knowledge of the situation. Deng turned down the idea, citing past experience with a ramen business in Hawaii. She cited this experience other times when justifying spending decisions, too, according to another former employee.

"You know, I've been in the automotive business all my life, and I just find it hard to compare it to a ramen business," this person says. "I guess there is manufacturing involved. You put some base, and soup, and you put some noodles in there and then maybe you put some meat. And then it's completely manufactured. It goes down a line. But it's slightly different from building a car."



Haas Dec. Exhibit 4 p.25



ne other place Deng's name shows up is with Ocean View Drive, Inc., the company that was used to buy the three mansions in Rancho Palos Verdes. Deng is listed on the company's incorporation document, which was filed three days before the purchase of the first mansion, as both chief financial officer and secretary.

YT stayed at these cliffside estates from time to time over the past year when he visited the business, but he has taken up permanent residence there after leaving China this summer, according to multiple sources with knowledge of the situation.

Several people describe them as pseudo-hotels for important visitors, event spaces for the company's employees, and places to host lavish dinners meant to impress potential investors.

### "YOU WANT TO DRIVE A LAMBORGHINI? HERE YOU GO. YOU WANT TO DRIVE A FERRARI? HERE YOU GO. WHATEVER YOU WANT."

"[These people would] come into Faraday Future, look at the plant, then they would get carte blanche," says one person with direct knowledge of the situation. "You want to drive a Lamborghini? Here you go. You want to drive a Ferrari? Here you go. Whatever you want. You want an estate? Here you go."

Haas Dec. Exhibit 4 p.26

The privilege of staying in these multimillion-dollar mansions was extended to some of the most senior executives at Faraday Future, according to multiple former employees. "Like, let's say they live in Ohio, but they're an automotive executive, and they're not going to move their whole family [to work for FF]," says one of them, who worked on the car projects of both LeEco and Faraday Future. "They would live there during the week. Instead of paying for expensive 5-star hotels, [the company would] put them in a 5-star mansion instead."

Deng also lives at one of these mansions, according to multiple former employees, and in June, she was served lawsuit papers at one of them at 7:15AM. She took up residence at the mansions because, aside from her duties at Faraday Future, it's up to her to manage these properties, multiple former employees say. That includes making sure YT is "well treated" by keeping his residence stocked with expensive wine, whiskey, steak, and other amenities, one says, an account that echoes details shared by other sources with knowledge of the situation.

But some sources say the houses are for more than shelter. According to two former employees with knowledge of Faraday Future's finances, YT and Deng tried to use these houses as collateral to raise money for the company in 2016. Since they weren't owned by Faraday Future, the company's finance team stopped the effort.

n the last year, YT has dropped from 31st to 1,978th on the *Hurun Report*, a list of China's wealthiest citizens. Financial troubles and turmoil have racked LeEco, which has vendors and creditors literally camping out in its lobby waiting to be paid. In turn, YT's been staying in the United States since resigning from the top post of LeEco's holding company this summer, according to multiple former employees and a source close to YT.

But YT faces struggles in the United States, too — and so does the car company he now controls.

New lawsuits, three of which were previously reported by *Jalopnik*, are piling on top of ones that had already been filed against Faraday Future.

One lawsuit filed against YT includes Deng and Ocean View Drive, Inc. as defendants. The plaintiff, Miles Bernal, claims to have been employed to help run operations at the mansions, and argues that he was wrongfully terminated from the company. The lawsuit argues that YT and Deng "used Ocean View Drive, Inc. to engage in illegal and improper activities," including the co-mingling of funds and the personal use of company assets and money.

## BOTH YT AND THE COMPANY ARE EMBROILED IN LAWSUITS

Faraday Future is being sued by Oloroso, LLC, a company that catered the event at CES where the company unveiled the FF91. Oloroso claims that Faraday refused to pay a remaining balance of $100,000 that it owes for the food and services provided at the event in January. Faraday Future is also being sued by a law firm that it hired to help it place the FF91 in *Transformers* 5. And the car company is named as a defendant in a lawsuit that accuses one of its employees of sexual harassment and cyberstalking.

In another lawsuit, Beim Maple Properties is suing for breach of contract, and asking for damages of more than $15 million, claiming owed and future rent. Beim evicted Faraday Future from a small office space in Torrance, California, that was being used as a design studio at the start of 2017, according to the suit. (*BuzzFeed* had previously reported in 2016 that Faraday Future was behind on rent payments to Beim.) The signatories on the lease agreement for the property are Deng and Wang, YT's nephew, according to documents included in the lawsuit. Two former employees with knowledge of the situation tell *The Verge* that Deng went ahead with leasing this particular property despite warnings from the finance team that there wasn't enough money to do so at the time.

In October, YT filed a libel lawsuit against Gu Yingqiong, a software developer in Washington who runs a WeChat account called "Dr. Yingqiong Gu Talks About The World." Gu has made many accusations on his blog, certified translations of which *The Verge* has read because they were included the lawsuit. They range from criticisms about the feng shui of YT's mansions to far more serious claims, including that YT was using Ocean View Drive, Inc. to launder money through the properties in Rancho Palos Verdes. He compares YT to Bernie Madoff, calling Faraday Future and the money

surrounding it a "Ponzi scheme." He also claims in another post that YT is applying for a green card through the EB1C program to avoid returning to China.

The posts were also publicly denounced by YT. One of Gu's posts in particular apparently sparked YT's legal action. On September 14th, Gu posted what he claims to be a draft copy of a $75 million trust fund that YT set up for his children, and alleged that the money was taken from Faraday Future's coffers. A day later, the website Sina.com interviewed Gu about the post, according to a copy of the interview included in the lawsuit. "If they think this document is false, they can sue me in court," Gu said. YT's filed suit less than one month later, and in the initial complaint, his lawyers call Gu's behavior "a continuous and systematic effort by an individual to intimidate, harass, and defame a stranger over the internet."

Meanwhile, Faraday Future has dipped back below 1,000 employees in California, according to statements made by YT in the lawsuit filed against Gu Yingqiong. LinkedIn is flush with newly departed "Faradians," as they're called at the company.

## KRAUSE MADE DEMANDS BEFORE AND AFTER RESIGNING, INCLUDING DENG'S REMOVAL, ACCORDING TO FORMER EMPLOYEES

The rate of departures is growing following the recent public spat between YT and Stefan Krause, according to multiple sources with knowledge of the situation. Krause, a former executive at Deutsche Bank and BMW, was brought to Faraday Future in March to put the company on the right financial track. By and large, he stuck to that commitment, these people say. Krause killed off what he saw as frivolous expenditures, like the company's involvement in motorsports, the product placement deal with the Transformers movie franchise, and he even decided to sever LeEco's partnership with Aston Martin, according to these sources.

Krause tried to detangle company's finances and make them more transparent, former employees who recently left the company say. But YT's reluctance to relinquish control as majority stakeholder and decision-maker, and his refusal to explore Chapter 11 bankruptcy, stood in the way, according to these people. Krause resigned on October 14th along with CTO Ulrich Kranz, multiple sources say, having made demands that YT wouldn't meet — including that YT remove Deng from the company. These discussions continued even after Krause resigned, according to these former employees, but came

to an end when news broke of the CFO's departure in November. The company maintains that Krause was fired.



efore Krause left, some employees who remained at Faraday Future were dutifully taking steps to continue with its plan to produce the FF91 in Hanford, California — another factory site the company had considered in 2015 before deciding to pursue Nevada.

In September, SVP of global manufacturing (and founding executive) Dag Reckhorn spoke at the town's rotary club meeting, and in October he presented at a local economic development event. Obrie Hostetter, who manages the company's charging solutions team, recently attended a California Air Resources Board meeting in support of using funds from the Volkswagen Dieselgate settlement to bring charging infrastructure to the area, according to emails obtained by *The Verge* in a public records request.

Removed from the chaos swirling inside the company, city officials expressed enthusiasm in the weeks that followed the announcement that a potentially major player

Haas Dec. Exhibit 4 p.30

in the electric car market was coming to town. Phones were "ringing off the hook," according to one email, and inboxes were full of congratulations.

## "THE TWO OF US ARE THE ELECTRIC VEHICLE MANUFACTURING CENTER OF THE UNIVERSE."

In an August email, Hanford city manager Darrel Pyle asked a fellow city manager about grants received by GreenPower, an electric bus company in a nearby town. "Since the two of us are the electric vehicle manufacturing center of the universe," he wrote, "I'd like to follow up to see if Faraday Future would qualify!"

In another thread, Kings County Economic Development Office president John Lehn thanked Pyle for the city's help in splitting a $1,200 bill for ice cream that was provided at the factory cleanup day Faraday Future held at the new facility.

"Sooo worth every penny," Pyle replied.

By November, that optimistic tone had vanished. "This is scary," a manager for the Kings County EDC said in a November 13th email to Lehn, Pyle, and others, while sharing a link to the news of Krause's departure.

One hour before that, Pyle sent an email to Faraday Future's Detrick Sanford and Kevin Vincent, the government relations and regulatory affairs leads for the Hanford factory project. The subject was "I'm getting calls."

"Gents! Some local reporters are calling asking if Faraday is still coming. Is there any news we can share if asked, or is there anything you can share with us, and we won't share?" he wrote. "Just curious."

Sanford and Vincent had already left the company when he clicked send. ■

*Edited by Tamara Warren*

*Additional reporting by Zac Estrada*

TECH

The big difference between MWC and the Geneva Motor Show is that Europe still matters in the car industry

TRANSPORTATION

Elon Musk says The Boring Company will focus on transporting pedestrians ahead of cars

TECH

British Airways brings its biometric identification gates to three more US airports

View all stories in Transportation

# EXHIBIT 5

Case 8:17-cv-01175-DOC-JDE   Document 21-2   Filed 03/12/18   Page 35 of 65   Page ID #:1964

**FEBRUARY 13, 2018**

# Faraday Future Hosts First Global Supplier Summit

Posted by FF Team

   

Haas Dec. Exhibit 5 p.34

← **BACK TO INDEX**

**TAGS**

COMPANY

SUPPLIERS

COMMUNITY

**LOS ANGELES, Feb 13, 2018** – Faraday Future (FF) today kicked off its first Global Supplier
Summit at its headquarter in Gardena, California. Nearly 200 representatives from more than
100 global suppliers joined this two-day event, a crucial gateway to achieving the first delivery
of its flagship FF 91 by the end of 2018.

Faraday Future's Global Supplier Summit aims to reinforce the relationship between FF and its
key suppliers. Participants include Bosch, LG Chem, Fuji Technical & Miyazu, Velodyne, Ricardo,
and Fanuc among others.

YT Jia, founder of FF, welcomed the participants and delivered an inspirational address to
motivate the crowd at the event.

"FF 91 is a new species. It's more than an electric car – it's the third Internet living space," said
YT, "It would be impossible to deliver a ground-breaking vehicle like FF 91 without alignment
with our top suppliers. Hosting innovative leaders in automotive and technology realms will
help us successfully create momentum in our product development and deliver a high-quality
product experience."

Haas Dec. Exhibit 5 p.35

## Strengthening FF's Supply Chain Relationship

The executive team gave a comprehensive overview of FF's global strategy, vision, business plan and project updates. Additionally, suppliers were able to view the research and development center and held meetings with key department leaders and various business units.

"Our goal was for suppliers to walk away with renewed confidence about our plans and our funding, and judging by the overwhelming response, I think we've achieved that," said Pablo Ucar, head of Supply Chain at FF. "FF 91 is a revolutionary and complex vehicle, with more than 2,000 parts and assemblies, so our relationship with our supplier partners is critical to achieving our admittedly aggressive goal of successfully delivering FF 91 by year end."

## Speeding Up FF 91 Production

After the first debut of its production-intent FF 91 at last year's CES, FF aims to fulfill delivery of the vehicle through its turn-key Hanford manufacturing facility, which will begin to come online toward the end of the first quarter.

"Our Hanford factory project is developing according to our planned schedule, and we appreciate the support give to us by the City of Hanford," said Dag Reckhorn, SVP of Global Manufacturing. "We are well into the process of design and permitting and have begun planning our recruitment cadence. As of February 1st, the property has been completely vacated, so we will move forward on construction and equipment by the end of the quarter. We remain on an aggressive, yet workable timeline of year-end delivery for FF 91."

FF's executive speakers included Pablo Ucar (VP of Supply Chain), Peter Savagian (SVP of Product Development), Nick Sampson (SVP of Product Strategy), Dag Reckhorn (SVP of Global Manufacturing), Matthias Aydt (VLE and Vehicle Chief Engineer), and Zack Fu (VP of R&D in FF China).

Haas Dec. Exhibit 5 p.36

**ABOUT FARADAY FUTURE**

Faraday Future is a user-centric, advanced mobility company with headquarters in Southern California. Our global team leverages the talents of leading thinkers and passionate creators from the technology and automotive industries to bring premium, intuitive, and seamlessly connected electric vehicles to people worldwide.

FOLLOW FARADAY FUTURE:

www.ff.com

www.twitter.com/faradayfuture

www.facebook.com/faradayfuture

www.instagram.com/faradayfuture

www.linkedin.com/company/faradayfuture

#FaradayFuture

#FF91

For more information about Faraday Future, contact: press@ff.com



**PRESS CONTACT**

Thanks for your interest in FF and the future of mobility.

For media inquiries, contact us: press@faradayfuture.com

424.276.7616

You can also stay up-to-date by subscribing below.



Haas Dec. Exhibit 5 p.37

# Get the latest news and important updates from FF

Email Address

☐ I'm interested in reserving an FF 91

SUBSCRIBE →

Sitemap    Privacy & Legal    Contact Us



© 2018 Faraday&Future Inc. The Faraday Future name and logo are trademarks of Faraday&Future Inc. All rights reserved.

    

# EXHIBIT 6

US00D797620S

(12) **United States Design Patent**
LeFranc

(10) Patent No.: **US D797,620 S**
(45) Date of Patent: ** **Sep. 19, 2017**

(54) **STEERING WHEEL**

(71) Applicant: **Faraday & Future Inc.**, Gardena, CA (US)

(72) Inventor: **Charles LeFranc**, Topenga, CA (US)

(73) Assignee: **FARADAY & FUTURE INC.**, Gardena, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/559,830**

(22) Filed: **Mar. 31, 2016**

(51) LOC (10) Cl. ............................................... **12-16**

(52) **U.S. Cl.**
USPC ...................................................... **D12/176**

(58) **Field of Classification Search**
USPC ............... D12/175, 176; D14/414; D21/333
CPC .......... B60R 21/203; B60R 21/05; B62D 1/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D345,540 S | * | 3/1994 | Allen | D12/176 |
| D347,612 S | * | 6/1994 | Allen | D12/176 |
| D347,820 S | * | 6/1994 | Plymale | D12/176 |
| D600,612 S | * | 9/2009 | Hwang | D12/176 |
| D619,516 S | * | 7/2010 | Niebuhr | D12/176 |
| D635,070 S | * | 3/2011 | Granata | D12/176 |
| D651,542 S | * | 1/2012 | Nagasawa | D12/176 |
| D653,180 S | * | 1/2012 | Tanaka | D12/176 |
| D707,162 S | * | 6/2014 | Finney | D12/175 |
| D710,271 S | * | 8/2014 | Norman | D12/176 |
| D710,769 S | * | 8/2014 | Cheung | D12/176 |
| D713,307 S | * | 9/2014 | Kanki | D12/176 |
| D716,203 S | * | 10/2014 | Nakai | D12/176 |
| D733,627 S | * | 7/2015 | Ishimaru | D12/176 |
| D737,184 S | * | 8/2015 | Oosuda | D12/175 |
| D741,759 S | * | 10/2015 | Persson | D12/176 |
| D743,860 S | * | 11/2015 | Nagumo | D12/176 |
| D758,932 S | * | 6/2016 | Schowalter | D12/176 |
| 2005/0121889 A1 | * | 6/2005 | Enders | B60R 21/203 280/731 |

* cited by examiner

*Primary Examiner* — Darlington Ly
(74) *Attorney, Agent, or Firm* — Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

(57) **CLAIM**

The ornamental design for a steering wheel, as shown and described.

**DESCRIPTION**

FIG. **1** is a top, front, left perspective view of a steering wheel in an open configuration, showing my new design;
FIG. **2** is a top, rear, left perspective view thereof;
FIG. **3** is a front elevation view thereof;
FIG. **4** is a rear elevation view thereof;
FIG. **5** is right side view thereof;
FIG. **6** is left side view thereof;
FIG. **7** is a top plan view thereof;
FIG. **8** is a bottom plan view thereof;
FIG. **9** is a top, front, left perspective view of the steering wheel in a closed configuration;
FIG. **10** is a top, rear, left perspective view thereof;
FIG. **11** is a front elevation view thereof;
FIG. **12** is a rear elevation view thereof;
FIG. **13** is right side view thereof;
FIG. **14** is left side view thereof;
FIG. **15** is a top plan view thereof; and,
FIG. **16** is a bottom plan view thereof.
The broken lines of even length shown in the drawings illustrate portions of the steering wheel that form no part of the claimed design. The uneven length broken lines illustrate the boundary of the claimed design and form no part thereof.

**1 Claim, 15 Drawing Sheets**





## FIG. 1

Haas Dec. Exhibit 6 p.41



FIG. 2

U.S. Patent          Sep. 19, 2017          Sheet 3 of 15          US D797,620 S



*FIG. 3*

Haas Dec. Exhibit 6 p.43



FIG. 4



**FIG. 5**



*FIG. 6*

**U.S. Patent**          Sep. 19, 2017          Sheet 7 of 15          US D797,620 S



*FIG. 7*

Haas Dec. Exhibit 6 p.47

*FIG. 8*



*FIG. 9*



*FIG. 10*



*FIG. 11*



*FIG. 12*



*FIG. 13*



*FIG. 14*

Haas Dec. Exhibit 6 p.53



*FIG. 15*



FIG. 16

# EXHIBIT 7

TSDR now includes a Post Registration Maintenance Tab. When viewing a Registered mark, users will now find a new 3rd tab providing Post Registration information next to the "Status" and "Document" tabs, below the search text box. The tab will not appear if the mark is not registered.

**STATUS**      **DOCUMENTS**                                      <u>Back to Search</u>        Print

|  |  |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2018-03-09 17:56:54 EST |
| **Mark:** | L |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 86844689 | **Application Filing Date:** | Dec. 10, 2015 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | No |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | | LIVE/APPLICATION/Under Examination |
| | | The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| **Status:** | Suspension check completed. Application remains suspended. | | |
| **Status Date:** | Sep. 29, 2017 | | |

## Mark Information

|  |  |
|---|---|
| **Mark Literal Elements:** | L |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of two bars forming an "L" and two horizontal bars above and below the horizontal bar of the "L". |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)<br>26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Air transportation; Boat rental; Car rental; Car rental, garage and parking space rental; Car transport; Chauffeur services; Escorting of travellers; Freight transportation by car, truck, train, air; GPS navigation services; Leasing of automobiles; Leasing of cars; Motor coach rental; Postal, freight and courier services; Railway coach rental; Rental car reservation; Rental and leasing of ships; Rental of motor vehicles; Rental of warehouse space; Rental of warehouses; Transportation of goods; Vehicle rental; Rental of electric cars; Rental of GPS-equipped vehicles, namely, scooters, electric cars and bicycles; Rental of vehicles used as displays at events; Transportation and delivery services by air, road, rail and sea |
| **International Class(es):** | 039 - Primary Class |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

|  |  |
|---|---|
| **U.S Class(es):** | 100, 105 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

|  |  |  |  |
|---|---|---|---|
| **Owner Name:** | Le Holdings Ltd. | | |
| **Owner Address:** | Sertus Chambers, P.O. Box 2547<br>Cassia Court, Camana Bay<br>Grand Cayman CAYMAN ISLANDS | | |
| **Legal Entity Type:** | limited company (ltd.) | **State or Country Where Organized:** | CAYMAN ISLANDS |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | B. Anna McCoy | **Docket Number:** | LEE164029 |
| **Attorney Primary Email Address:** | <u>TMMAIL@AHMRT.COM</u> | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | B. Anna McCoy<br>McCoy Russell LLP<br>806 SW Broadway<br>Suite 600<br>Portland, OREGON UNITED STATES 97205 | | |
| **Phone:** | 971-271-8020 | **Fax:** | 971-271-8021 |

Haas Dec. Exhibit 7 p.57

Correspondent e-mail:   TMMail@mccrus.com   mccoy@mccrus.com   harnett@mccrus.com   Correspondent e-mail Authorized:   Yes

**Domestic Representative - Not Found**

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 29, 2017 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 68552 |
| Apr. 18, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 18, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 21, 2017 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Sep. 13, 2016 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 68552 |
| Jul. 06, 2016 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 06, 2016 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 08, 2016 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 6332 |
| Mar. 08, 2016 | LETTER OF SUSPENSION E-MAILED | 6332 |
| Mar. 08, 2016 | SUSPENSION LETTER WRITTEN | 83706 |
| Mar. 07, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68552 |
| Mar. 07, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68552 |
| Feb. 29, 2016 | ASSIGNED TO LIE | 68552 |
| Feb. 19, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 18, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 18, 2016 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 18, 2016 | NON-FINAL ACTION WRITTEN | 83706 |
| Feb. 18, 2016 | REMOVED FROM TEAS PLUS | 83706 |
| Feb. 18, 2016 | ASSIGNED TO EXAMINER | 83706 |
| Dec. 15, 2015 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Dec. 14, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 14, 2015 | NEW APPLICATION ENTERED IN TRAM | |

### TM Staff and Location Information

**TM Staff Information**

|  |  |  |  |
|---|---|---|---|
| TM Attorney: | ROACH, APRIL K | Law Office Assigned: | LAW OFFICE 115 |

**File Location**

|  |  |  |  |
|---|---|---|---|
| Current Location: | TMO LAW OFFICE 115 | Date in Location: | Sep. 29, 2017 |

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

Haas Dec. Exhibit 7 p.58

# EXHIBIT 8

3672427

| **ARTS-GS** | **Articles of Incorporation of a General Stock Corporation** |
| --- | --- |

To form a general stock corporation in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A $100 filing fee.

- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

**FILED**
Secretary of State
State of California

**MAY 0 8 2014**

1 PC     This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm.

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is  LeTV ENV Inc.

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. C T Corporation System
*Agent's Name*

b. _____  **CA**  _____
*Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*   :City (no abbreviations)   .State   Zip

**Corporate Addresses**

④ a. 17/F Hong Cheng Xin Tai Bldg No.105 Yaojiayuan Rd Chaoyang District, Beijing  China 100025
*Initial Street Address of Corporation - Do not list a P.O. Box*   City (no abbreviations)   State   Zip

b. _____
*Initial Mailing Address of Corporation, if different from 4a*   City (no abbreviations)   State   Zip

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.
The total number of shares which this corporation is authorized to issue is _____ 1000 _____

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ _____
*Incorporator - Sign here*

Wei Deng
*Print your name here*

| | **By Mail** | **Drop-Off** |
| --- | --- | --- |
| Make check/money order payable to: Secretary of State. Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq.; Revenue and Taxation Code § 23153
ARTS-GS (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

A0759646

FILED
Secretary of State
State of California

AUG 1 8 2014

CERTIFICATE OF AMENDMENT

TO THE ARTICLES OF INCORPORATION OF

LETV ENV INC.

The undersigned, Hongli Wan and Chaoying Deng, certify that:

1.      They are the duly elected President and Chief Executive Officer and Secretary, respectively, of LeTV ENV Inc., a California corporation (the "*Corporation*").

2.      Article I of the Articles of Incorporation of this Corporation is amended to read as follows:

"ARTICLE I

CORPORATE NAME

The name of the Corporation is Faraday&Future Inc."

3.      The foregoing Certificate of Amendment to the Articles of Incorporation has been duly approved by the Board of Directors of the Corporation in accordance with Section 905(b) of the Corporations Code.

4.      The foregoing Certificate of Amendment to the Articles of Incorporation has been duly approved by the required vote of the sole shareholder of the Corporation in accordance with Section 902 and 903 of the Corporations Code. The total number of outstanding shares of the Corporation is 1,000 shares of Common Stock. The number of shares voting in favor of the amendment equaled or exceeded the vote required. The vote required was 100% of the outstanding shares of Common Stock.

6991245

A0759646

We further declare under penalty of perjury under the laws of California that the matters set forth in the foregoing Certificate are true and correct of our own knowledge.

Executed this _13th_ day of August, 2014.

Hongli Wan, President and Chief Executive Officer

Chaoying Deng, Secretary

**State of California**
**Secretary of State**

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

**FJ56800**

**FILED**

In the office of the Secretary of State
of the State of California

**FEB-01 2017**

This Space for Filing Use Only

1. **CORPORATE NAME**
FARADAY&FUTURE INC.

2. **CALIFORNIA CORPORATE NUMBER**    C3672427

3. **No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)
If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to **Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 18455 S. FIGUERORA ST., GARDENA, CA 90248 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 18455 S. FIGUERORA ST., GARDENA, CA 90248 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | NAME/ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | CHAOYING DENG   18455 S. FIGUERORA ST., GARDENA, CA 90248 | | | |
| 8. SECRETARY | CHAOYING DENG   18455 S. FIGUERORA ST., GARDENA, CA 90248 | | | |
| 9. CHIEF FINANCIAL OFFICER/ | JIAWEI WANG   18455 S. FIGUERORA ST., GARDENA, CA 90248 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | NAME/ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | JIAWEI WANG   18455 S. FIGUERORA ST., GARDENA, CA 90248 | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
CHAOYING DENG

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL  CITY    STATE   ZIP CODE
18455 S. FIGUERORA ST., GARDENA, CA 90248

**Type of Business**
16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
MANUFACTURING OF ELETRIC VEHIC

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/01/2017 | SANDY GILLIAM | AUTHORIZED PERSON | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)    Page 1 of 1    APPROVED BY SECRETARY OF STATE

## State of California
### Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

**FU63377**

# FILED

In the office of the Secretary of State
of the State of California

**FEB-15 2018**

This Space for Filing Use Only

1.  CORPORATE NAME
FARADAY&FUTURE INC.

2.  CALIFORNIA CORPORATE NUMBER
C3672427

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 18455 S. FIGUEROA STREET, GARDENA, CA 90248 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 18455 S. FIGUEROA STREET, GARDENA, CA 90248 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ JIAWEI  WANG | 18455 S. FIGUEROA STREET, GARDENA, CA 90248 | | | |
| 8. SECRETARY JIAWEI  WANG | 18455 S. FIGUEROA STREET, GARDENA, CA 90248 | | | |
| 9. CHIEF FINANCIAL OFFICER/ JIAWEI  WANG | 18455 S. FIGUEROA STREET, GARDENA, CA 90248 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME JIAWEI  WANG | 18455 S. FIGUEROA STREET, GARDENA, CA 90248 | | | |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:  0

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
CHAOYING  DENG

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** 18455 S. FIGUEROA STREET, GARDENA, CA 90248 | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
ELECTRONIC VEHICLE MANUFACTURI

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/15/2018 | SANDY  GILLIAM | AGENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

Haas Dec. Exhibit 8 p.64