# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIZIO, INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10,<br><br>        Defendants. | CASE NO.  8:17-CV-01175-DOC-JDE<br><br>**ORDER GRANTING JOINT STIPULATION RE MODIFIED BRIEFING SCHEDULE AND CONTINUANCE OF HEARINGS ON DEFENDANTS LELE HOLDING, LTD.'S AND YUETING JIA'S MOTIONS TO DISMISS [73]**<br><br>*[Filed Concurrently with Joint Stipulation]*<br><br>JUDGE:  Hon. David O. Carter |

The Court, having considered the parties' Joint Stipulation re Modified Briefing Schedule and Continuance of Hearings on Defendants LeLe Holding, Ltd.'s and Yueting Jia's Motions to Dismiss, hereby orders that:

1. The hearing dates for Defendant Yueting Jia's Motion to Dismiss (Dkt. 62) and Defendant LeLe Holding, Ltd.'s Motion to Dismiss (Dkt. 63) are hereby continued from April 2, 2018 to April 23, 2018, at 8:30 a.m., to be heard alongside Plaintiff VIZIO, Inc.'s Motion to Dismiss the Counterclaim (Dkt. 65);
2. The Parties' Oppositions to the above-mentioned Motions to Dismiss shall be filed on or before March 26, 2018;
3. The Parties' Replies in support of the Motions to Dismiss shall be filed on or before April 9, 2018; and
4. The following briefing schedule shall govern future motion practice in this action:
   a. Any Party filing a motion shall notice a hearing date that is at least six weeks (42 days) from the date of filing of the motion with the Court;
   b. The deadline for filing any Opposition shall be twenty-eight (28) days prior to the date noticed for the hearing; and
   c. The deadline for filing any Reply will be fourteen (14) days prior to the date noticed for the hearing.

**IT IS SO ORDERED.**

Dated: __March 16__, 2018

*David O. Carter*
Honorable David O. Carter
United States District Court Judge