Robert M. Waxman (SBN 89754)
  rwaxman@ecjlaw.com
David N. Tarlow (SBN 214050)
  dtarlow@ecjlaw.com
Jason L. Haas (SBN 217290)
  jhaas@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Plaintiff VIZIO, INC., a California corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VIZIO, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10,<br><br>    Defendant.<br><br>LeECO V. LTD.,<br><br>    Counter-Claimant,<br><br>vs.<br><br>VIZIO, INC., a California corporation,<br><br>    Counter-Defendant. | Case No. 8:17-CV-01175-DOC-JDE<br><br>The Hon. David O. Carter<br><br>**ORDER GRANTING PLAINTIFF VIZIO INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2-5 TO THE DECLARATION OF CHRISTINE WESSEL FILED IN CONNECTION WITH PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF  [69]**<br><br>[F.R.C.P. Rule 5.2; Local Rule 79-5.2.2]<br><br>Date:        April 2, 2018<br>Time:       8:30 a.m.<br>Courtroom:  9D |

1. The Court, having read and considered Plaintiff Vizio, Inc.'s Application to File Under Seal Exhibits 2-5 to the Declaration of Christine Wessel Filed in Connection with Plaintiff's Opposition to Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction, the Memorandum of Points and Authorities in Support Thereof, the evidence in support thereof, any opposing and reply papers, having reviewed the pleadings and papers on file herein, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The following documents shall be filed under seal:

| Document | Portion Under Seal |
|---|---|
| Plaintiff Vizio, Inc.'s Opposition To Motion To Dismiss For Insufficient Service Of Process And Lack Of Personal Jurisdiction | [Portions disclosing contents of Wessel Declaration Exhibits 2, 3, 4, and 5] |
| Decl. Christine Wessel , Ex. 2 | [ALL] |
| Decl. Christine Wessel , Ex. 3 | [ALL] |
| Decl. Christine Wessel , Ex. 4 | [ALL] |
| Decl. Christine Wessel , Ex. 5 | [ALL] |

2. The parties and their counsel shall hold the sealed documents in confidence, shall not disseminate same to the public, shall not post same in public or on the Internet, and shall not disclose to same to any person not party or counsel for a party in this case.

IT IS SO ORDERED:

DATED: March 19, 2018

_____
Hon. David O. Carter
UNITED STATES DISTRICT JUDGE