UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 17-01175-DOC (JDEx) | Date | July 30, 2018 |
|---|---|---|---|
| Title | Vizio Inc., v. LeEco V. Ltd., et al., | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|
| Maria Barr | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**         (In Chambers) Order Denying Ex Parte Application [Dkt. 96]

    On July 26, 2018, at 10:00 p.m., Defendant and Counterclaimant LeEco V. Ltd. and Defendant LeLe Holding, Ltd. ("Defendants") filed an *Ex Parte* Application to Hear the Parties' Discovery Dispute Pursuant to Defendants' Motion for a Protective Order, Instead of Plaintiff's Proposed Motion to Compel ("Application") with supporting documents. Dkt. 96. The Application is premised, at least in part, upon Defendants' desire to stay discovery pending the determination of their motions to dismiss. Application at 4. On July 27, 2018, the District Court issued a written order granting in part and denying in part Defendants' motions to dismiss. Dkt. 99. As the underlying basis for the Application no longer exists, the Application is DENIED as moot.

    Nonetheless, the Court has reviewed the Opposition to the Application and supporting Declaration filed by Plaintiff and Counter-Defendant Vizio, Inc. ("Plaintiff") and notes the allegations levelled by Plaintiff against Defendant regarding an alleged lack of candor with the Court. Because the Application is moot, the Court declines to consider those allegations further at this point. The Court advises the parties that should a party again allege an intentional lack of candor to the Court by an officer of the Court about a material matter, the Court is likely to hold an evidentiary hearing regarding such allegations. Should the allegations prove supported by appropriate evidence, sanctions may be immediately imposed against the offending party. Should the allegations prove not to be supported by evidence, sanctions may be imposed against the party making unsupported allegations.

    The parties are also reminded that *ex parte* applications "are rarely justified." Mission Power Eng'g Co. v. Cont'l Cas. Co., 883 F. Supp. 488, 490 (C.D. Cal. 1995). Further, "no discovery motion shall be filed or heard on an ex parte basis, absent a showing of irreparable injury or prejudice not attributable to the lack of diligence of the moving party." Local Rule 37-3.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 17-01175-DOC (JDEx) | Date | July 30, 2018 |
|---|---|---|---|
| Title | Vizio Inc., v. LeEco V. Ltd., et al., | | |

    With respect to the underlying discovery requests and responses that underlie the Application (and the contemplated motion to compel referenced therein), because the District Court's ruling on the motions to dismiss may affect the propriety of the requests and/or responses, counsel for the parties are hereby ORDERED to further meet and confer <u>in person within ten (10) days from the date of this Order</u> regarding the impact of the ruling on the motions to dismiss on the disputes. All time limits/requirements for the preparation of a Joint Stipulation under Local Rule 37 with respect to any existing contemplated motion to compel or motion for a protective order are stayed. Within three (3) days of the completion of the meet and confer, should disputes still exist, counsel for the parties shall contact by email this Court's Courtroom Deputy and provide at least three mutually agreeable dates and times for a telephonic pre-discovery motion conference with this Court. No discovery motion shall be filed by any party prior to the completion of the pre-discovery motion conference. The Court may, in its discretion, require that the pre-discovery motion conference be conducted in person.

                                                                                                                                                                      00 : 00

                                                      Initials of Clerk:   mba