## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 17-01175-DOC (JDEx) |
| Date | August 28, 2018 |
| Title | Vizio, Inc., v LeEco V. Ltd., et al |

**Present: The Honorable**  John D. Early, United States Magistrate Judge

| Maria Barr | CS 08/28/18 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| David N. Tarlow | Daniel J. Tyukody, Jr. |
| Robert M. Waxman | Jeffrey K. Joyner |
| | Bridget S. Johnsen |

**Proceedings:**   Pre-Discovery Motion Telephone Conference

Case called. Appearances made. Court and counsel confer re Pre-Discovery Motion Joint Report.

: 32

Initials of Clerk:  mba