| | |
|---|---|
| 1 | Jeff K. Joyner (SBN CA 180485) |
| 2 | joynerj@gtlaw.com |
| 3 | Daniel Tyukody (SBN CA 123323) |
|   | tyukodyd@gtlaw.com |
| 4 | **GREENBERG TAURIG, LLP** |
| 5 | 1840 Century Park East, Suite 1900 |
|   | Los Angeles, California 90067-2121 and |
| 6 | Telephone:   310.586.7700 |
| 7 | Facsimile:    310.586.7800 |
| 8 | Attorneys for Defendants, |
|   | LeECO V. LTD., LELE HOLDING and YUETING JIA |
| 9 | |
| 10 | [ADDITIONAL ATTORNEYS CONTINUED ON PAGE 2] |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIZIO, INC., a California corporation, | CASE NO.  8:17-CV-01175-DOC-JDE |
| Plaintiff, | |
| v. | **NOTICE OF LeECO V. LTD.'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR ADMISSION, RESPONSES TO REQUESTS FOR PRODUCTION AND PRODUCTION OF DOCUMENTS** |
| LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10, | |
| Defendants. | [*Filed concurrently with Joint Stipulation; Declaration of Jeff K. Joyner; Declaration of Jerry Huang; and Declaration of David N. Tarlow and [Proposed] Order*] |
| LeECO V. LTD., LELE HOLDING, LTD., YUETING JIA | Date:          November 15, 2018 |
| Counter-Claimant, | Time:          10:00 a.m. |
| vs. | Courtroom:  6A |
| VIZIO, a California corporation, | [Discovery Document: Referred to Magistrate Judge John D. Early] |
| Counter-Defendant. | |

**NOTICE OF MOTION TO COMPEL**

LA 133167431

| | |
|---|---|
| 1 | Bridget S. Johnsen (SBN CA 210778) |
| 2 | bjohnsen@sidley.com<br>**SIDLEY AUSTIN LLP** |
| 3 | 555 West Fifth Street<br>Los Angeles, California 90013 |
| 4 | Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600 |
| 5 | Attorneys for Defendant,<br>YUETING JIA |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**TO THE COURT, PLAINTIFF, AND ITS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE THAT** on Thursday, November 15, 2018, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable James D. Early, Magistrate Judge, in Courtroom 6A of the United States District Court, Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701, Defendant and Counter-Claimant LeEco V. LTD. ("LeEco"), will and hereby does more for an order compelling Plaintiff and Counter-Defendant Vizio, Inc. ("Vizio") to (a) amend its responses to RFAs Nos. 1 and 3 with a "yes" or "no" answer that complies with Federal Rule of Civil Procedure Rule 36(a)(4), and (b) supplement its response and produce documents in response to Defendant's RFP No. 10.

DATED:  October 11, 2018   GREENBERG TAURIG, LLP

By  /s/ Jeff. K. Joyner
Jeff K. Joyner
Daniel J. Tyukody
Attorneys for Defendant
LeECO V. LTD., YUETING JIA and LELE HOLDING LTD.