Robert M. Waxman (SBN 89754)
  rwaxman@ecjlaw.com
David N. Tarlow (SBN 214050)
  dtarlow@ecjlaw.com
Jason L. Haas (SBN 217290)
  jhaas@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Plaintiff VIZIO, Inc., a California corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VIZIO, INC., a California corporation, | Case No. 8:17-CV-01175-DOC-JDE |
| Plaintiff, | The Hon. David O. Carter, District Judge |
| v. | The Hon. James D. Early, Magistrate Judge |
| LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10, | **NOTICE OF PLAINTIFF VIZIO, INC.'S DISCOVERY MOTION TO COMPEL LeECO V. LTD. AND LELE HOLDING, LTD. TO RESPOND TO VIZIO'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS WITHOUT OBJECTIONS AND TO PRODUCE ALL RESPONSIVE DOCUMENTS** |
| Defendant. | *[Joint Stipulation Re Plaintiff's Discovery Motion To Compel LeECO V. Ltd. And LELE Holding, Ltd. To Respond To Requests For Production Of Documents Without Objections Filed Currently Herewith]* |
| LeECO V. LTD.,<br><br>Counter-Claimant,<br><br>vs.<br><br>VIZIO, INC., a California corporation,<br><br>Counter-Defendant. | Date:            November 15, 2018<br>Time:            10:00 a.m.<br>Courtroom:    6A<br><br>Discovery Cutoff: December 14, 2018<br>Pre-trial Conference: August 5, 2019<br>Trial: August 13, 2019 |

ERVIN COHEN & JESSUP LLP

14676.8:9370258.1

PLAINTIFF VIZIO, INC'S NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 15, 2018, at 10:00 a.m., or as soon thereafter as counsel may be heard by the Honorable James D. Early, Magistrate Judge for the U.S.D.C. Central District of California, Southern Division, located at 411 West Fourth Street, Courtroom 6A, Santa Ana, CA 92701-4516, Plaintiff VIZIO, Inc. ("Plaintiff") will and hereby does move for an order compelling Defendants LeECO V. LTD. and LELE HOLDING, LTD. ("Defendants") to respond to Plaintiff's First Set of Document Requests Nos. 35-65 and produce all responsive documents, without objections, pursuant to the Joint Stipulation re Plaintiff's Discovery Motion To Compel LeECO V. LTD. and LELE HOLDING, Ltd. to Respond to Requests for Production of Documents Without Objections (the "Stipulation"), entered into between the parties and filed concurrently herewith.

DATED: October 11, 2018

ERVIN COHEN & JESSUP LLP
Robert M. Waxman
David N. Tarlow
Jason L. Haas


By: /s/ Robert M. Waxman
Robert M. Waxman
Attorneys for Plaintiff VIZIO, Inc., a California corporation