| | |
|---|---|
| 1 | Robert M. Waxman (SBN 89754) |
|   | rwaxman@ecjlaw.com |
| 2 | David N. Tarlow (SBN 214050) |
|   | dtarlow@ecjlaw.com |
| 3 | Jason L. Haas (SBN 217290) |
|   | jhaas@ecjlaw.com |
| 4 | **ERVIN COHEN & JESSUP LLP** |
|   | 9401 Wilshire Boulevard, Ninth Floor |
| 5 | Beverly Hills, California 90212-2974 |
|   | Telephone  (310) 273-6333 |
| 6 | Facsimile  (310) 859-2325 |
| 7 | Attorneys for Plaintiff VIZIO, INC., a California corporation |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VIZIO, INC., a California corporation, | Case No. 8:17-CV-01175-DOC-JDE |
| Plaintiff, | The Hon. David O. Carter, District Judge |
| v. | |
| LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10, | The Hon. John D. Early, Magistrate Judge |
| | **NOTICE OF LODGING [PROPOSED] ORDER GRANTING PLAINTIFF VIZIO, INC.'S DISCOVERY MOTION TO COMPEL LeECO V. LTD. AND LELE HOLDING TO RESPOND TO VIZIO'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TO PRODUCE ALL RESPONSIVE DOCUMENTS WITHOUT OBJECTIONS** |
| Defendant. | |
| | Date: November 15, 2018 |
| LeECO V. LTD., | Time: 10:00 a.m. |
| Counter-Claimant, | Courtroom: 6A |
| vs. | Discovery Cutoff: December 14, 2018 |
| VIZIO, INC., a California corporation, | Pre-trial Conference: August 5, 2019 |
| Counter-Defendant. | Trial: August 13, 2019 |

14676.8:9370358.1                                                                                              8:17-CV-01175-DOC-JDE

NOTICE OF LODGING OF [PROPOSED] ORDER

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff/Counter-Defendant VIZIO, Inc., a California corporation ("VIZIO"), hereby lodges its [PROPOSED] Order Granting Plaintiff VIZIO, Inc.'s Discovery Motion To Compel LeECO V. Ltd. and Lele Holding to Respond to VIZIO'S First Set of Requests for Production of Documents and to Produce All Responsive Documents Without Objections (the "Proposed Order").  The Proposed Order relates to Plaintiff VIZIO, Inc.'s Discovery Motion to Compel LeECO V. Ltd. and Lele Holding, LTD. to Respond to VIZIO'S First Set of Requests for Production of Documents Without Objections and to Produce All Responsive Documents. which was filed with the Court on October 11, 2018 as D.E. 117.  A true and correct copy of the Proposed Order is attached hereto as Exhibit "1".

DATED: October 11, 2018         ERVIN COHEN & JESSUP LLP
                                Robert M. Waxman
                                David N. Tarlow
                                Jason L. Haas


                                By: /s/ Robert M. Waxman
                                    Robert M. Waxman
                                    Attorneys for Plaintiff VIZIO, INC., a
                                    California corporation