# EXHIBIT 1

Robert M. Waxman (SBN 89754)
  rwaxman@ecjlaw.com
David N. Tarlow (SBN 214050)
  dtarlow@ecjlaw.com
Jason L. Haas (SBN 217290)
  jhaas@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Plaintiff VIZIO, Inc., a California corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VIZIO, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10,<br><br>Defendant. | Case No. 8:17-CV-01175-DOC-JDE<br><br>The Hon. David O. Carter, District Judge<br><br>The Hon. John D. Early, Magistrate Judge<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF VIZIO, INC.'S DISCOVERY MOTION TO COMPEL LeECO V. LTD. AND LELE HOLDING TO RESPOND TO VIZIO'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TO PRODUCE ALL RESPONSIVE DOCUMENTS WITHOUT OBJECTIONS**<br><br>Date:         November 15, 2018<br>Time:         10:00 a.m.<br>Courtroom:  6A |
| LeECO V. LTD.,<br><br>Counter-Claimant,<br><br>vs.<br><br>VIZIO, INC., a California corporation,<br><br>Counter-Defendant. | Discovery Cutoff: December 14, 2018<br>Pre-trial Conference: August 5, 2019<br>Trial: August 13, 2019 |

1    The Court, having read and considered Plaintiff VIZIO, Inc.'s Notice of Motion and Discovery Motion To Compel LeEco V. Ltd, and Lele Holding to Respond to VIZIO's First Requests for Production of Documents and to Produce All Responsive Documents Without Objection ("Discovery Motion to Compel"), the Joint Stipulation re Plaintiff's Discovery Motion to Compel as well as the declarations and evidence submitted therewith, the evidence in support and reply papers, if any, and having reviewed the pleadings and papers on file herein, and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT:**

1.   LeEco V. Ltd. and Lele Holding respond to Plaintiff's First Set of Document Requests Nos. 35 to 65 and produce all responsive documents on or before _____ ___, 2018.

IT IS SO ORDERED:

DATED:_____         _____
                               Hon. John D. Early
                               UNITED STATES MAGISTRATE
                               JUDGE