UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 17-01175-DOC (JDEx) | Date | November 1, 2018 |
|---|---|---|---|
| Title | Vizio, Inc., v LeEco V. Ltd., et al | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Maria Barr | CS 11/01/18 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Robert M. Waxman | Daniel J. Tyukody, Jr. |
| | Jeffrey K. Joyner |
| | Sidney Austin |
| | Colin Fraser |

**Proceedings:** Motion Hearing re [115] Defendant's Motion for Protective Order for to Bifurcate Alter Ego Allegations and Stay Related Discovery; [116] Defendant's Motion to Compel Reponses to Request for Admission and Request for Production of Documents; [117] Plaintiff's Motion to Compel LeEco V. Ltd. and Lele Holding, Ltd. to Respond to Vizio's First Requests for Production of Documents

Case called. Appearances made. Court provides tentative ruling regarding certain issues. Motions are argued. Motions taken under submission with a written order or orders to follow.

2 : 33

Initials of Clerk: mba