Jeff K. Joyner (SBN CA 180485)
joynerj@gtlaw.com
Daniel Tyukody (SBN CA 123323)
tyukodyd@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121 and
Telephone:   310.586.7700
Facsimile:    310.586.7800

Attorneys for Defendants,
LeECO V. LTD., LELE HOLDING and YUETING JIA

[ADDITIONAL ATTORNEYS CONTINUED ON PAGE 2]

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIZIO, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10,<br><br>            Defendants. | CASE NO.  8:17-CV-01175-DOC-JDE<br><br>**JOINT STIPULATION REGARDING NOTICE OF SETTLEMENT AND STAY OF ENTIRE CASE FOR TEN DAYS**<br><br>*[Filed Concurrently with [Proposed] Order]*<br><br>Honorable David O. Carter |
| LeECO V. LTD., LELE HOLDING, LTD., YUETING JIA<br><br>            Counter-Claimant,<br><br>    vs.<br><br>VIZIO, a California corporation,<br><br>            Counter-Defendant. | |

**JOINT STIPULATION RE: NOTICE OF SETTLEMENT AND STAY OF ENTIRE CASE**

LA 134129950v2

1  Bridget S. Johnsen (SBN CA 210778)
   bjohnsen@sidley.com
2  **SIDLEY AUSTIN LLP**
   555 West Fifth Street
3  Los Angeles, California 90013
   Telephone: (213) 896-6000
4  Facsimile: (213) 896-6600

5  Attorneys for Defendant,
   YUETING JIA

6
   Robert M. Waxman (SBN 89754)
7    rwaxman@ecjlaw.com
   David N. Tarlow (SBN 214050)
8    dtarlow@ecjlaw.com
   Jason L. Haas (SBN 217290)
9    jhaas@ecjlaw.com
   **ERVIN COHEN & JESSUP LLP**
10 9401 Wilshire Boulevard, Ninth Floor
   Beverly Hills, California 90212-2974
11 Telephone: (310) 273-6333
   Facsimile: (310) 859-2325
12
   Attorneys for Plaintiff VIZIO, Inc., a California corporation

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION RE: NOTICE OF SETTLEMENT AND STAY OF ENTIRE CASE**
LA 134129950v2

Defendants and Counter-Claimants LeEco V. Ltd., LeEco Global Group Ltd., LeLe Holding and Yueting Jia, on the one hand, and Plaintiff and Counter-Defendant Vizio Inc., on the other hand (collectively "Parties"), by and through their undersigned attorneys, jointly submit this Notice of Settlement and Request for Stay of the Entire Case for Ten Days in accordance with Local Rules 40-2 and 7-1 in the above-referenced action (the "Action").

**WHEREAS,** on November 29, 2018, the Parties to this Action reached a settlement in principle (the "Settlement") resolving all claims at issue in this Action.

**WHEREAS,** pursuant to Local Rule 7-1, the Parties hereby jointly stipulate and agree to an Order staying the entire Action for a period of ten days while the parties finalize the Settlement.

**WHEREAS,** good cause exists in this Action to provide the Parties ten days to prepare all documents necessary to memorialize the Settlement and submit all documents necessary to effectuate dismissal of the Action with prejudice pursuant to the terms of the Settlement, but with Court to retain jurisdiction to enforce the terms of the Settlement.

**WHEREFORE,** as a result of the above, the Parties hereto, by and through their counsel of record, hereby STIPULATE and AGREE that all deadlines in the Action shall be stayed and all documents necessary to effectuate dismissal (but with the Court to retain jurisdiction to enforce the terms of the settlement) shall be filed within ten (10) days of the Settlement, or no later than December 9, 2018.

Respectfully submitted,

DATED: November 30, 2018    GREENBERG TRAURIG, LLP

By  */s/ Jeff K. Joyner*
Jeff K. Joyner
Daniel Tyukody
Attorneys for Defendants
LeECO V. LTD., YUETING JIA and LELE

| | | |
|---|---|---|
| 1 | DATED: November 30, 2018 | ERVIN COHEN & JESSUP LLP |

By   */s/ David N. Tarlow*
Robert M. Waxman
David N. Tarlow
Attorneys for Plaintiff VIZIO, INC., a California corporation

*Per L.R. 5-4.3.4(a)(2)(i), Plaintiff's counsel attests that Vizio has concurred in this filing's content and has authorized the filing.*

DATED:  November 30, 2018        GREENBERG TAURIG, LLP

By   */s/ Jeff K. Joyner*
Jeff K. Joyner
Daniel Tyukody
Attorneys for Defendants
LeECO V. LTD., YUETING JIA and LELE HOLDING LTD.