Jeff K. Joyner (SBN CA 180485)
joynerj@gtlaw.com
Daniel Tyukody (SBN CA 123323)
tyukodyd@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121 and
Telephone:   310.586.7700
Facsimile:    310.586.7800

Attorneys for Defendants,
LeECO V. LTD., LELE HOLDING and YUETING JIA

[ADDITIONAL ATTORNEYS CONTINUED ON PAGE 2]

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIZIO, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10,<br><br>　　　　Defendants.<br><br>──────────────<br>LeECO V. LTD., LELE HOLDING, LTD., YUETING JIA<br><br>　　　　Counter-Claimant,<br><br>　　vs.<br><br>VIZIO, a California corporation,<br><br>　　　　Counter-Defendant. | CASE NO.  8:17-CV-01175-DOC-JDE<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING NOTICE OF SETTLEMENT AND STAY OF ENTIRE CASE**<br><br>Honorable David O. Carter |

**[PROPOSED] ORDER**
LA 134129973v2

1  Bridget S. Johnsen (SBN CA 210778)
   bjohnsen@sidley.com
2  **SIDLEY AUSTIN LLP**
   555 West Fifth Street
3  Los Angeles, California 90013
   Telephone:  (213) 896-6000
4  Facsimile:   (213) 896-6600

5  Attorneys for Defendant,
   YUETING JIA

6
   Robert M. Waxman (SBN 89754)
7     rwaxman@ecjlaw.com
   David N. Tarlow (SBN 214050)
8     dtarlow@ecjlaw.com
   Jason L. Haas (SBN 217290)
9     jhaas@ecjlaw.com
   **ERVIN COHEN & JESSUP LLP**
10 9401 Wilshire Boulevard, Ninth Floor
   Beverly Hills, California 90212-2974
11 Telephone:  (310) 273-6333
   Facsimile:   (310) 859-2325
12
   Attorneys for Plaintiff VIZIO, Inc., a California corporation

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

LA 134129973v2

Having considered the Parties' Joint Stipulation Regarding Notice of Settlement and Request for Stay of Entire Case ("Joint Stipulation"), and good cause appearing therefore, the Court hereby adopts the Parties' Joint Stipulation as the Order of the Court in this matter. This action, including all deadlines, is stayed for ten (10) days from the November 29, 2018 date on which the parties reached a settlement resolving the entire case, namely December 9, 2018.

IT IS SO ORDERED

DATED:_____          _____
                                              Honorable David O. Carter