Robert M. Waxman (SBN 89754)
  rwaxman@ecjlaw.com
David N. Tarlow (SBN 214050)
  dtarlow@ecjlaw.com
Jason L. Haas (SBN 217290)
  jhaas@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Plaintiff VIZIO, Inc., a California corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VIZIO, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10,<br><br>Defendant. | Case No. 8:17-CV-01175-DOC-JDE<br><br>[ Assigned to the Hon. David O. Carter,<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE OF ENTIRE ACTION BUT WITH THE COURT TO RETAIN JURISDICTION TO ENFORCE THE TERMS OF SETTLEMENT [132]** |
| LeECO V. LTD.,<br><br>Counter-Claimant,<br><br>vs.<br><br>VIZIO, INC., a California corporation,<br><br>Counter-Defendant. | |

[ADDITIONAL ATTORNEYS CONTINUED ON PAGE 2]

1  Jeff K. Joyner (SBN CA 180485)
   joynerj@gtlaw.com
2  Daniel Tyukody (SBN CA 123323)
   tyukodyd@gtlaw.com
3  **GREENBERG TRAURIG, LLP**
   1840 Century Park East, Suite 1900
4  Los Angeles, California 90067-2121 and
   Telephone:  310.586.7700
5  Facsimile:  310.586.7800

6  Attorneys for Defendants,
   LeECO V. LTD., LELE HOLDING and YUETING JIA
7

8
   Bridget S. Johnsen (SBN CA 210778)
9  bjohnsen@sidley.com
   **SIDLEY AUSTIN LLP**
10 555 West Fifth Street
   Los Angeles, California 90013
11 Telephone:  (213) 896-6000
   Facsimile:  (213) 896-6600
12

   Attorneys for Defendant,
13 YUETING JIA

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered the Parties' Joint Stipulation Regarding Dismissal of the Entire Action with Prejudice but with the Court to Retain Jurisdiction to Enforce the Terms of Settlement ("Joint Stipulation") and good cause appearing therefore, the Court hereby adopts the Parties' Joint Stipulation as the Order of the Court in this matter. This action is dismissed in its entirety and with prejudice but with the Court to retain jurisdiction to enforce the terms of the confidential settlement agreement between the parties.

IT IS SO ORDERED.

DATED: December 11, 2018

*David O. Carter*
HONORABLE DAVID O. CARTER

ERVIN COHEN & JESSUP LLP