Robert M. Waxman (SBN 89754)
  rwaxman@ecjlaw.com
David N. Tarlow (SBN 214050)
  dtarlow@ecjlaw.com
Jason L. Haas (SBN 217290)
  jhaas@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Plaintiff VIZIO, INC., a California corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VIZIO, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10, <br><br> Defendant. <br><br> LeECO V. LTD., <br><br> Counter-Claimant, <br><br> vs. <br><br> VIZIO, INC., a California corporation, <br><br> Counter-Defendant. | Case No. 8:17-CV-01175-DOC-JDE <br><br> The Hon. David O. Carter <br><br> **PLAINTIFF VIZIO INC.'S APPLICATION FOR LEAVE TO FILE PORTIONS OF THE MOTION TO ENFORCE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL; DECLARATION OF DAVID N. TARLOW.** <br><br> [F.R.C.P. Rule 5.2; Local Rule 79-5.2.2] <br><br> *[Filed concurrently with Motion to Enforce Confidential Settlement Agreement; Declarations of Robert M. Waxman, Dennis Yeoh and David N. Tarlow; and [Proposed] Order Granting Leave to File Under Seal]* <br><br> Date:     February 3, 2020 <br> Time:     8:30 a.m. <br> Courtroom:  9D |

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Plaintiff VIZIO, Inc. ("VIZIO" or "Plaintiff") asks this Court to issue an order placing (1) portions of Plaintiff's Motion to Enforce Confidential Settlement Agreement (the "Motion"); (2) portions of the Declarations of Robert M. Waxman ("Waxman") and Dennis Yeoh ("Yeoh"), thereto; and (3) Exhibits A-C thereof, under seal. These materials refer to or reflect terms of a confidential settlement agreement (the "Settlement Agreement") between VIZIO and Defendants LeEco V Ltd. ("LeEco"), LeEco Global Group Ltd. ("LeEco Global"), Lele Holding, Ltd. ("Lele") and Yueting Jia ("Jia"), whereby the parties agreed that all of the terms thereof would be confidential. (LeEco, LeEco Global and Lele shall collectively be referred to herein as the "LeEco Parties".) Accordingly, Plaintiff requests that this Court permit Plaintiff to file portions of the Motion, the Waxman and Yeoh Declarations and Exhibits A-C thereof, which refer to terms of the Settlement Agreement, under seal.

## II. STATEMENT OF FACTS

Plaintiff has concurrently filed its Motion to Enforce Confidential Settlement Agreement (the "Motion"). The Motion is based entirely upon Defendants' failure to satisfy their obligations pursuant to the Settlement Agreement of the parties made on November 29, 2018, and requests that the Court enforce the terms of the Settlement Agreement by entering Judgment against the LeEco Parties only.[1] The Settlement Agreement, which was expressly agreed to by Plaintiff VIZIO on the one hand, and Defendants, the LeEco Parties and Jia on the other hand, requires that the parties, and each of them, keep its terms confidential, except in certain circumstances. One of those exceptions is where disclosure is ordered by the court of competent jurisdiction. As Plaintiff VIZIO does not desire to violate to the

---

[1] Defendant Jia is currently in bankruptcy.

14676.8:9768421.1    1    8:17-CV-01175-DOC-JDE
APPLICATION TO FILE UNDER SEAL

confidentiality provision of the Settlement Agreement, VIZIO now seek leave of Court to file the Motion to Enforce Confidential Settlement Agreement under seal.

## III. LEGAL ARGUMENT

"The elements for a breach of contract action under California law are: (1) the existence of a contract, (2) plaintiff's performance or excuse for nonperformance, (3) defendant's breach, and (4) damages to plaintiff as a result of the breach." *Buschman v. Anesthesia Business Consultants LLC*, 42 F. Supp.3d 1244, 1250 (N.D. Cal. 2014).

Pursuant to LR-79-5.2.2(a)(i), a party filing an Application to file some or all of a document under seal must file a declaration "establishing good cause or demonstrating compelling reasons why the strong presumption of public access to in civil cases should be overcome."

In this matter, the Settlement Agreement which VIZIO seeks to enforce contains a confidentiality provision which prohibits the parties from disclosing the terms of thereof, other than the fact that the matter has been settled. In an abundance of caution, VIZIO seeks to have portions of the Motion filed under seal, so that Defendants cannot assert that VIZIO breached same. Accordingly, Plaintiff VIZIO believes that good cause exists to seal portions of the Motion, the Declarations thereto and the Exhibits to the Declarations.

## IV. CONCLUSION

For each and all of the foregoing reasons, Plaintiff respectfully requests that this Court issue an sealing the Motion to Enforce the Confidential Settlement Agreement in its entirety.

DATED: December 27, 2019
ERVIN COHEN & JESSUP LLP
Robert M. Waxman
David N. Tarlow


By: /s/ David N. Tarlow
Attorneys for Plaintiff VIZIO, INC., a California corporation

14676.8:9768421.1                    3                    8:17-CV-01175-DOC-JDE
APPLICATION TO FILE UNDER SEAL

## DECLARATION OF DAVID N. TARLOW

I, David N. Tarlow, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Ervin Cohen & Jessup LLP, attorneys of record for Plaintiff VIZIO, INC., a California corporation. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe that they are true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I make this declaration in support of Plaintiff VIZIO, Inc.'s Application For Leave To File Portions Of The Motion To Enforce Confidential Settlement Agreement Under Seal (the "Motion").

3. Exhibit A to the Declaration of Robert M. Waxman ("Waxman Dec."), which is attached to Plaintiff's Motion is a true and correct copy of a Settlement Agreement between Plaintiff, VIZIO, Inc., on the one hand, and Defendants LeEco V Ltd. ("LeEco"), LeEco Global Group Ltd. ("LeEco Global"), Lele Holding, Ltd. ("Lele") and Yueting Jia ("Jia") on the other hand. (Collectively, the LeEco, LeEco Global and Lele Defendants shall be referred to as the "LeEco Parties"). Therein, the parties agreed that all of the terms thereof would be confidential.

4. As stated in the Motion, the terms of the Settlement Agreement have not been complied with by Defendants, and Plaintiff now seeks to enforce the terms of the Settlement Agreement by entering judgment against the LeEco Parties.

5. Good cause exists for this application to file parts of the Motion under seal, because Plaintiff does not wish to violate any express terms of the Settlement Agreement. Plaintiff is concerned that if it were to file the Motion without putting portions of same which refer to or disclose the terms of the Settlement Agreement under seal, that Defendant may assert that Plaintiff's actions in filing the Motion violate the Settlement Agreement. For those reasons, Plaintiff respectfully requests that the instant application be granted.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on this 27th day of December, 2019, at Beverly Hills, California.

/s/ David N. Tarlow
David N. Tarlow

# PROOF OF SERVICE

### Vizio, Inc. v. LeECO V. LTC, et al
### Case No. 8:17-CV-01175-DOC-JDE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9401 Wilshire Boulevard, Ninth Floor, Beverly Hills, CA 90212-2974.

On December __, 2019, I served true copies of the following document(s) described as **PLAINTIFF VIZIO INC.'S APPLICATION FOR LEAVE TO FILE PORTIONS OF THE MOTION TO ENFORCE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL; DECLARATION OF DAVID N. TARLOW.** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December __, 2019, at Beverly Hills, California.

_____
Rita Bailey

**SERVICE LIST**
**Vizio, Inc. v. LeECO V. LTC, et al**
**Case No. 8:17-CV-01175-DOC-JDE**

Jeff K. Joyner
joynerj@gtlaw.com
Daniel J. Tyukody
tyukodyd@gtlaw.com
Robert H. Gruber
gruberr@gtlaw.com
GREENBERG TAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

*Attorneys for Defendant LeECO V. LTD, LELE HOLDING, LTD.*