# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VIZIO, INC., a California corporation, | Case No. 8:17-CV-01175-DOC-JDE |
| Plaintiff, | The Hon. David O. Carter |
| v. | **ORDER GRANTING PLAINTIFF VIZIO, INC.'S APPLICATION FOR LEAVE TO FILE PORTIONS OF PLAINTIFF'S MOTION TO ENFORCE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL.** |
| LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10, | |
| Defendants. | **Date:** February 3, 2020<br>**Time:** 8:30 a.m.<br>**Courtroom:** 9D |
| LeECO V. LTD. | |
| Counter-Claimant, | |
| vs. | |
| VIZIO, INC., a California corporation, | |
| Counter-Defendant. | |

1  The Court, having read and considered Plaintiff VIZIO, Inc.'s Application
2  For Leave To File Portions Of Plaintiff's Motion To Enforce Confidential
3  Settlement Agreement Under Seal, the evidence in support thereof, having reviewed
4  the pleadings and papers on file herein, and good cause appearing therefore:

5  **IT IS HEREBY ORDERED THAT:**

6  1.  Plaintiff VIZIO, Inc.'s Application For Leave To File Portions Of
7  Plaintiff's Motion To Enforce Confidential Settlement Agreement Under Seal is
8  hereby granted.

9  IT IS SO ORDERED:

DATED: January 9, 2020

_____
Hon. David O. Carter
UNITED STATES DISTRICT JUDGE