Daniel Tyukody (SBN CA 123323)
tyukodyd@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121 and
Telephone: 310.586.7700
Facsimile:  310.586.7800
Attorneys for Defendants,
LeECO V. LTD., LELE HOLDING and
YUETING JIA

Robert M. Waxman (SBN89754)
David N. Tarlow (SBN 214050)
Jason L. Haas (SBN 217290)
ERVIN COHEN & JESSUP, LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974
Telephone: 310.273.6333
Facsimile:  310.859.2325
Attorneys for Plaintiff VIZIO, Inc., a California corporation

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIZIO, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10,<br><br>    Defendants. | CASE NO.  8:17-CV-01175-DOC-JDE<br><br>**STIPULATION FOR WITHDRAWAL OF COUNSEL GREENBERG TRAURIG LLP** |

LeECO V. LTD., LELE HOLDING, LTD., YUETING JIA

| | |
|---|---|
| 1 | Counter-Claimant, |
| 2 | vs. |
| 3 | VIZIO, a California corporation, |
| 4 | Counter-Defendant. |

Wherefore, Defendants' counsel has given "written notice to [defendant corporations] of the consequences of its inability to appear pro se." L.R. 83-2.3.

Wherefore, Defendants consent to the withdrawal of Greenberg Traurig LLP because Defendants have not had a new engagement agreement with Greenberg Traurig LLP since the case was dismissed on November 30, 2018, but with the court retaining jurisdiction to enforce the settlement agreement.

Wherefore, Defendants have not retained new counsel and are seeking to engage new counsel while Plaintiff and Defendants are engaged in discussions regarding a potential resolution of Plaintiff Vizio's Motion to Enforce Confidential Settlement Agreement.

Wherefore, this stipulation "to withdraw [is] made upon written notice given reasonably in advance [and] supported by good cause." L.R. 83-2.3.

Wherefore, this stipulation is not for the purpose of "delay in prosecution of the case to completion." L.R. 83-2.3.

THEREFORE, it is hereby stipulated that:

Plaintiff and Defendants stipulate to the withdrawal of Defendant's counsel Greenberg Traurig LLP and its attorneys.

DATED: February 5, 2020

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ Daniel Tyukody
Daniel Tyukody
Attorneys for Defendants
LeECO V. LTD., LELE HOLDINGS and YUETING JIA

| | |
|---|---|
| DATED:  February 5, 2020 | Respectfully submitted, |
| | ERVIN COHEN & JESSUP LLP |
| | By: /s/ *Robert M. Waxman* |
| | David N. Tarlow |
| | Jason L. Haas |
| | Attorneys for Plaintiff VIZIO, INC., a California corporation |