Robert M. Waxman (SBN 89754)
   rwaxman@ecjlaw.com
David N. Tarlow (SBN 214050)
   dtarlow@ecjlaw.com
Jason L. Haas (SBN 217290)
   jhaas@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Plaintiff VIZIO, INC., a California corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VIZIO, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LeECO V. LTD., an exempted company with limited liability incorporated under the laws of the Cayman Islands; LeECO GLOBAL GROUP LTD., a corporation organized and existing under the laws of the People's Republic of China; LELE HOLDING, LTD., a British Virgin Islands Personal Holding Company; YUETING JIA, an individual; and DOES 1 through 10,<br><br>    Defendants.<br><br>LeECO V. LTD.<br><br>    Counter-Claimant,<br><br>vs.<br><br>VIZIO, INC., a California corporation,<br><br>    Counter-Defendant. | Case No. 8:17-CV-01175-DOC-JDE<br><br>The Hon. David O. Carter<br><br>**NOTICE THAT DEFENDANTS HAVE NOT FILED OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT [DOCKET NO. 139], AND REQUEST THAT THE GRANTING OF THE MOTION BE DEEMED CONSENTED TO BY DEFENDANTS**<br><br>Date: February 24, 2020<br>Time: 8:30 a.m.<br>Courtroom: 9D |

TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD, IF ANY:

PLEASE TAKE NOTICE that Defendants LeECO V. LTD. ("LeEco"), LeECO GLOBAL GROUP, LTD. ("LeEco Global"), LELE HOLDING, LTD. ("Lele") and YUETING JIA ("JIA") (collectively referred to as "Defendants") have not filed opposition papers to Plaintiff VIZIO, Inc.'s ("Plaintiff") Notice of Motion and Motion to Enforce Confidential Settlement Agreement [Docket No. 139]. Pursuant to L.R. 7-9, since the hearing date of the Motion To Enforce Confidential Settlement Agreement is calendared for February 24, 2020 at 8:30 a.m., Defendants were required to file and serve their opposition papers, if any, at least twenty-one (21) days before the hearing, which was February 3, 2020. As of the date of the filing of this notice (February 10, 2020) Defendants have not filed any opposition to the Motion To Enforce Confidential Settlement Agreement, thereby conceding its merit.

Accordingly, the Motion To Enforce Confidential Settlement Agreement should be granted in its entirety.

Pursuant to L.R. 7-12, it is respectfully requested that the Court deem Defendants' failure to file an opposition as consent to the granting of the Motion To Enforce Confidential Settlement Agreement with prejudice.

DATED: February 10, 2020

ERVIN COHEN & JESSUP LLP
Robert M. Waxman
David N. Tarlow
Jason L. Haas

By:  /s/ David N. Tarlow
David N. Tarlow
Attorneys for Plaintiff VIZIO, INC., a California corporation

**ERVIN COHEN & JESSUP**

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

## PROOF OF SERVICE

### Vizio, Inc. v. LeECO V. LTC, et al
### Case No. 8:17-CV-01175-DOC-JDE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9401 Wilshire Boulevard, Ninth Floor, Beverly Hills, CA 90212-2974.

On February 10, 2020, I served true copies of the following document(s) described as **NOTICE THAT DEFENDANTS HAVE NOT FILED OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT [DOCKET NO. 139], AND REQUEST THAT THE GRANTING OF THE MOTION BE DEEMED CONSENTED TO BY DEFENDANTS** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Ervin Cohen & Jessup LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 10, 2020, at Beverly Hills, California.

_____  
Rita Bailey

14676.8:9818857.1                                                                 8:17-CV-01175-DOC-JDE

NOTICE OF NON-OPPOSITION

**SERVICE LIST**
**Vizio, Inc. v. LeECO V. LTC, et al**
**Case No. 8:17-CV-01175-DOC-JDE**

Chaoying Deng, CEO
3553 North First Street
San Jose, CA 95134
Duanwei3@le.com

*In Pro Per*